UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Plaintiff, CARLOS ALVAREZ CHICAS ET AL

-v-

Defendant. KELCO CONSTRUCTION, INC. ET AL

------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

21 Civ. 9014 (PAE) (SDA)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- [x] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [ ] Specific Non-Dispositive Motion/Dispute:*
- [ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
- [ ] Settlement*
- [ ] Inquest After Default/Damages Hearing

- [ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:
- All such motions:

*Do not check if already referred for general pretrial.

Dated November 3, 2021

SO ORDERED:

_Paul A. Engelmayer_
United States District Judge