# EXHIBIT 1

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

KELCO CONSTRUCTION INC
40 AUSTIN BLVD
COMMACK, NY 11725-0000

0408-D272-DIRDEP
1010-1010-1010
675

| DATE | CHECK NO. |
|---|---|
| 08/31/2018 | Direct Deposit |

PAY TO THE ORDER OF  CARLOS ALVAREZ CHICAS   REDACTED

Total Net Direct Deposit(s)   REDACTED   AMOUNT

VOID THIS IS NOT A CHECK..........................................

STERLING NATIONAL BANK

PAY ONLY 0 00 ZERO CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

↑ FOLD AND REMOVE                                                                                                                FOLD AND REMOVE ↑

**PERSONAL AND CHECK INFORMATION**

CARLOS ALVAREZ CHICAS
REDACTED

Soc Sec #: XXX-XX-XXXX     Employee ID: 675
Hire Date: 03/06/17
Status:
Filing Status:
REDACTED

Div/Br/Dept: 1010/1010/1010

Period: 08/19/18 to 08/25/18
Check Date: 08/31/18     Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| REDACTED | REDACTED | |
| Net Pay | | |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY | 40.00 | 46.3500 | 1854.00 | REDACTED | |
| OVERTIME | | | | | |
| DOUBLETIME | | | | | |
| HOLIDAY | | | | | |
| LIABILITY INS - M | | | 370.80 | | |
| LOCAL 1010 WE - M | | | 1170.40 | | |
| LOCAL 1010 AN - M | | | 310.00 | | |
| LOCAL 1010 LE - M | | | 82.00 | | |
| LOCAL 1010 VACA | | | 170.00 | | |
| HOURS WORKED | 40.00 | | | | |
| ADJ EARNINGS | | | 2024.00 | | |
| GROSS EARNINGS | 40.00 | | 2024.00 | | |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) |
|---|---|
| LOCAL 1010 DUES | REDACTED |
| LOCAL 1010 NYL | |
| LOCAL 1010 VACA | |
| TOTAL | |

**WITHHOLDINGS**

| DESCRIPTION | |
|---|---|
| FEDERAL W/H | |
| OASDI | |
| MEDICARE | |
| STATE W/H NY | |
| STATE SDI NY | |
| TOTAL | |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | REDACTED | |

Payrolls by Paychex, Inc.
0408-D272 KELCO CONSTRUCTION INC ■ 40 AUSTIN BLVD ■ COMMACK, NY 11725-0000 ■

**ELM GENERAL CONSTRUCTION CORP**
PAYROLL ACCOUNT
34 E. MAIN ST; SUITE 266
SMITHTOWN, NY 11787
(631) 424-1152

0408-D274-DIRDEP
1010-2000
30071

| DATE | CHECK NO. |
|---|---|
| 08/31/2018 | Direct Deposit |

PAY TO THE ORDER OF    CARLOS ALVAREZ CHICAS
REDACTED

Total Net Direct Deposit(s)
REDACTED
AMOUNT

VOID THIS IS NOT A CHECK..........................................

JPMORGAN CHASE BANK, N.A.

PAY ONLY ZERO 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION
CARLOS ALVAREZ CHICAS
REDACTED

Soc Sec #: XXX-XX-XXXX    Employee ID: 30071
Hire Date: 05/01/17
Status:
Filing Status:
REDACTED

Br/Dept: 1010/2000

Pay Period: 08/19/18 to 08/25/18
Check Date: 08/31/18    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| REDACTED | REDACTED | |
| Net Pay | | |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY | | | | REDACTED | |
| DRIVE TIME | 15.00 | 15.0000 | 225.00 | | |
| LIABILITY INS - M | | | 6.83 | | |
| HOURS WORKED | | | | | |
| ADJ EARNINGS | | | 225.00 | | |
| GROSS EARNINGS | 15.00 | | 225.00 | | |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) |
|---|---|
| FEDERAL W/H | REDACTED |
| OASDI | |
| MEDICARE | |
| STATE W/H NY | |
| STATE SDI NY | |
| NY PFL | |
| TOTAL | |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | REDACTED | |

Payrolls by Paychex, Inc.
**0408-D274** ELM GENERAL CONSTRUCTION CORP ▪ PAYROLL ACCOUNT ▪ 34 E. MAIN ST, SUITE 266 ▪ SMITHTOWN, NY 11787 ▪ (631) 424-1152 ▪

# EXHIBIT 2

KELCO CONSTRUCTION INC
25 NEWTON PL
HAUPPAUGE, NY 11788

0408-D272-DIRDEP
1010-1010-1010
675

DATE: 03/08/2019
CHECK NO.: Direct Deposit

PAY TO THE ORDER OF: CARLOS ALVAREZ CHICAS   REDACTED

Total Net Direct Deposit(s)
AMOUNT: REDACTED

VOID THIS IS NOT A CHECK..............................

STERLING NATIONAL BANK

PAY ONLY 000 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                     FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

CARLOS ALVAREZ CHICAS
REDACTED

Soc Sec #: XXX-XX-XXXX    Employee ID: 675
Hire Date: 03/06/17
Status:
Filing Status:
REDACTED

Div/Br/Dept: 1010/1010/1010

Period: 02/24/19 to 03/02/19
Check Date: 03/08/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| REDACTED | REDACTED | |
| Net Pay | | |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY | 32.00 | 46.3500 | 1483.20 | REDACTED | |
| OVERTIME | 1.00 | 69.5250 | 69.53 | | |
| LIABILITY INS - M | | | 310.55 | | |
| LOCAL 1010 WE - M | | | 965.58 | | |
| LOCAL 1010 AN - M | | | 259.63 | | |
| LOCAL 1010 LE - M | | | 67.65 | | |
| LOCAL 1010 VACA | | | 140.25 | | |
| HOURS WORKED | 33.00 | | | | |
| ADJ EARNINGS | | | 1692.98 | | |
| GROSS EARNINGS | 33.00 | | 1692.98 | | |

**DEDUCTIONS**

| DESCRIPTION | | REDACTED |
|---|---|---|
| LOCAL 1010 DUES | | |
| LOCAL 1010 NYL | | |
| LOCAL 1010 VACA | | |
| TOTAL | | |

**WITHHOLDINGS**

| DESCRIPTION |
|---|
| FEDERAL W/H |
| OASDI |
| MEDICARE |
| STATE W/H NY |
| STATE SDI NY |
| TOTAL |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1024.19 | 8620.05 |

Payrolls by Paychex, Inc.
0408-D272 KELCO CONSTRUCTION INC ■ 25 NEWTON PL ■ HAUPPAUGE, NY 11788 ■

ELM GENERAL CONSTRUCTION CORP
PAYROLL ACCOUNT
34 E. MAIN ST, SUITE 266
SMITHTOWN, NY 11787
(631) 424-1152

0408-D274-DIRDEP
1010-2000
30071

DATE: 03/08/2019
CHECK NO.: Direct Deposit

PAY TO THE ORDER OF: CARLOS ALVAREZ CHICAS REDACTED

Total Net Direct Deposit(s): **$161.99**

VOID THIS IS NOT A CHECK..................................

JPMORGAN CHASE BANK, N.A.

PAY ONLY 00 CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

---

**PERSONAL AND CHECK INFORMATION**
CARLOS ALVAREZ CHICAS
REDACTED

Soc Sec #: XXX-XX-XXXX    Employee ID: 30071
Hire Date: 05/01/17
Status:
Filing Status: REDACTED
Br/Dept: 1010/2000
Pay Period: 02/24/19 to 03/02/19
Check Date: 03/08/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - RE | REDACTED | |
| Net Pay | | |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| DRIVE TIME | 12.00 | 15.0000 | 180.00 | REDACTED | |
| LIABILITY INS - M | | | 5.46 | | |
| HOURS WORKED | | | | | |
| ADJ EARNINGS | | | 180.00 | | |
| GROSS EARNINGS | 12.00 | | 180.00 | | |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) |
|---|---|
| FEDERAL W/H | REDACTED |
| OASDI | |
| MEDICARE | |
| STATE W/H NY | |
| STATE SDI NY | |
| NY PFL | |
| TOTAL | |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | REDACTED | |

Payrolls by Paychex, Inc.
0408-D274 ELM GENERAL CONSTRUCTION CORP ■ PAYROLL ACCOUNT ■ 34 E. MAIN ST, SUITE 266 ■ SMITHTOWN, NY 11787 ■ (631) 424-1152 ■

# EXHIBIT 3

**KELCO CONSTRUCTION INC**
40 AUSTIN BLVD
COMMACK, NY 11725-0000
(631) 462-2952

0408-D272-DIRDEP
1010-1010-1010
673

| DATE | CHECK NO. |
|---|---|
| 09/22/2017 | Direct Deposit |

PAY TO THE ORDER OF: ALONSO VILLATORO   REDACTED

Total Net Direct Deposit(s)   REDACTED   AMOUNT

VOID THIS IS NOT A CHECK..........

ASTORIA BANK

PAY ONLY ZERO 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

---

**PERSONAL AND CHECK INFORMATION**
ALONSO VILLATORO
REDACTED

Soc Sec #: XXX-XX-XXXX   Employee ID: 673
Hire Date: 03/01/17
Status:
Filing Status:
REDACTED

Div/Br/Dept: 1010/1010/1010

Pay Period: 09/10/17 to 09/16/17
Check Date: 09/22/17   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | | |
| CHECKING 1 - RE | REDACTED | |
| Net Pay | | |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY | 40.00 | 45.8500 | 1834.00 | REDACTED | |
| OVERTIME | 3.50 | 68.7750 | 240.72 | | |
| HOLIDAY | | | | | |
| LIABILITY INS - M | | | 414.94 | | |
| LOCAL 1010 WE - M | | | 1214.96 | | |
| LOCAL 1010 AN - M | | | 350.69 | | |
| LOCAL 1010 LE - M | | | 80.48 | | |
| LOCAL 1010 VACA | | | 163.13 | | |
| HOURS WORKED | 43.50 | | | | |
| ADJ EARNINGS | | | 2237.85 | | |
| GROSS EARNINGS | 43.50 | | 2237.85 | | |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| LOCAL 1010 DUES | REDACTED | |
| LOCAL 1010 NYL | | |
| LOCAL 1010 VACA | | |
| TOTAL | | |

**WITHHOLDINGS**

| DESCRIPTION | | |
|---|---|---|
| FEDERAL W/H | | |
| OASDI | | |
| MEDICARE | | |
| STATE W/H NY | | |
| STATE SDI NY | | |
| NY PFL | | |
| TOTAL | | |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | REDACTED | |

*Payrolls by Paychex, Inc.*

**0408-D272** KELCO CONSTRUCTION INC ■ 40 AUSTIN BLVD ■ COMMACK, NY 11725-0000 ■ (631) 462-2952 ■

**ELM GENERAL CONSTRUCTION CORP**
PAYROLL ACCOUNT
34 E. MAIN ST, SUITE 266
SMITHTOWN, NY 11787
(631) 424-1152

0408-D274-DIRDEP
1010-2000
30069

| DATE | CHECK NO. |
|---|---|
| 09/22/2017 | Direct Deposit |

PAY TO THE ORDER OF    ALONSO VILLATORO
REDACTED

REDACTED
AMOUNT

VOID THIS IS NOT A CHECK..........................................

JPMORGAN CHASE BANK, N.A.

PAY ONLY 0 00 ZERO CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                         FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
ALONSO VILLATORO
REDACTED

Soc Sec #: XXX-XX-XXXX    Employee ID: 30069
Hire Date: 04/08/17
Status:
Filing Status:
REDACTED

Br/Dept: 1010/2000

Pay Period: 09/10/17 to 09/16/17
Check Date: 09/22/17    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | REDACTED |
|---|---|---|
| Check Amount | REDACTED | |
| Net Pay | | |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | REDACTED | REDACTED |
|---|---|---|---|---|---|
| HOURLY | | | | | |
| OVERTIME | 8.00 | 37.5000 | 300.00 | | |
| DRIVE TIME | 3.00 | 15.0000 | 45.00 | | |
| LIABILITY INS - M | | | 10.47 | | |
| HOURS WORKED | 8.00 | | | | |
| ADJ EARNINGS | | | 345.00 | | |
| GROSS EARNINGS | 11.00 | | 345.00 | | |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) |
|---|---|
| FEDERAL W/H | REDACTED |
| OASDI | |
| MEDICARE | |
| STATE W/H NY | |
| STATE SDI NY | |
| NY PFL | |
| TOTAL | |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | REDACTED | |

# EXHIBIT 4

```
CO.    FILE    DEPT.   CLOCK   NUMBER      020
PJR    000673  101000          0019676064  1
```

# Earnings Statement 

**KELCO CONSTRUCTION INC**
40 AUSTIN BLVD
COMMACK, NY 11725

Period Beginning: 10/27/2019
Period Ending:    11/02/2019
Pay Date:         11/08/2019

Taxable Marital Status:  Single
Exemptions/Allowances:  REDACTED

ALONSO VILLATORO
REDACTED

| Earnings   | rate    | hours | this period |
|------------|---------|-------|-------------|
| Regular    | 46.8500 | 32.00 | 1,499.20    |
| Overtime   | 70.2750 | 3.00  | 210.83      |
| Local1010Vac |       |       | 166.25      |
| Holiday    |         |       |             |
| **Gross Pay** |      |       | **$1,876.28** |

REDACTED

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 35.00 | |

**Important Notes**
YOUR COMPANY PHONE IS 631 462-2952

BASIS OF PAY: HOURLY

**Deductions**

Statutory
  Federal Income Tax
  Social Security Tax
  Medicare Tax
  NY State Income Tax
  NY SUI/SDI Tax
  NY Paid Family Leave Ins

Other
  Local1010Duesch
  Local1010Nylpol
  Local1010Vacati
  Advance

REDACTED

**Net Pay**

**Net Check**

Your federal taxable wages this period are
$1,876.28

© 1998, 2006. ADP, LLC  All Rights Reserved.

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| WFB | 030069 | 200333 | | 0019677013 | 1 |

001233 020

# Earnings Statement

**ADP**

ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

Period Beginning: 10/27/2019
Period Ending: 11/02/2019
Pay Date: 11/08/2019

Taxable Marital Status: Single
Exemptions/Allowances:
REDACTED

**ALONSO VILLATORO**
REDACTED

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Drive Time | 15.0000 | 16.00 | 240.00 | REDACTED |
| Regular | | | | |
| **Gross Pay** | | | **$240.00** | |

**Important Notes**
YOUR COMPANY PHONE IS 631 462-2952

BASIS OF PAY: HOURLY

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | REDACTED |
| | Social Security Tax | |
| | Medicare Tax | |
| | NY State Income Tax | |
| | NY SUI/SDI Tax | |
| | NY Paid Family Leave Ins | |
| | **Net Pay** | |
| | **Net Check** | |

Your federal taxable wages this period are $240.00

© 1998, 2006. ADP, LLC All Rights Reserved.