UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ALVAREZ CHICAS and ALONSO VILLATORO, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>          -against-<br><br>KELCO CONSTRUCTION, INC., E.L.M. GENERAL CONSTRUCTION CORP., JOHN KELLY and JOSEPH PROVENZANO,<br><br>                     Defendants. | Civil Action 1:21-cv-09014-PAE-SDA<br><br>**NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of Defendants Kelco Construction, Inc., E.L.M. General Construction Corp., John Kelly and Joseph Provenzano (collectively, "Defendants") in the above-captioned action. Contact information for the undersigned counsel for the Defendants is as follows:

Paul R. Piccigallo
Littler Mendelson, P.C.
900 Third Avenue – 8th Floor
New York, NY 10022
212.583.9600
PPiccigallo@littler.com

     Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

     Dated: New York, New York
              December 9, 2021

                                                    */s/ Paul R. Piccigallo*
                                                      Paul R. Piccigallo
                                                      LITTLER MENDELSON, P.C.
                                                      900 Third Avenue
                                                      New York, NY  10022.3298
                                                      212.583.9600

                                                      *Attorneys for Defendants*