

# MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

April 14, 2022

**VIA ECF**

Hon. Stewart D. Aaron, USMJ
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/14/2022
```

Re:   *Alvarez v. Kelco Landscaping, Inc. et al.,* Case No. 21-cv-09014-PAE-SDA

Dear Judge Aaron:

  I represent the Plaintiffs in the above referenced matter. The Court recently directed the parties to submit a joint letter on or before April 13, 2022 concerning the proposed amended complaint. My office was contacted on Tuesday of this week by an individual wishing to be added as a named plaintiff.

  In light of the foregoing, and in light of the upcoming holidays, the parties respectfully request until April 25, 2022 to advise the Court whether the Defendant consents to the proposed amendments and if not, setting forth a briefing schedule.

Respectfully submitted,

*Steven J. Moser*

Steven J. Moser

CC:   All counsel of record via ECF

Request GRANTED. SO ORDERED.
Dated: April 14, 2022