

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

June 10, 2022

**VIA ECF**

Hon. Stewart D. Aaron, USMJ
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/10/2022
```

    Re:    *Alvarez v. Kelco Landscaping, Inc. et al.,* Case No. 21-cv-09014-PAE-SDA

Dear Judge Aaron:

    I represent the Plaintiffs in the above captioned action. Today is the current deadline for Plaintiff's motion for conditional certification. I write to request a two week extension, on consent, of all dates in the current briefing schedule. The reason for this request is that the parties are seriously exploring mediation as well as mutually-agreeable mediators.

    Respectfully submitted,

    *Steven J. Moser*

    Steven J. Moser

CC:    All counsel of record via ECF

Request GRANTED. SO ORDERED.
Dated: June 10, 2022