

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2022

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

December 7, 2022

**VIA ECF**
Hon. Judge Stewart D. Aaron
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

> **Re:** *Carlos Alvarez Chicas et al. v. Kelco Construction, Inc. et al.*
> **Case No.: 1:21-cv-09014 (PAE) (SDA)**

Dear Judge Aaron:

      We represent Defendants Kelco Construction, Inc., E.L.M. General Construction Corp., John Kelly, and Joseph Provenzano (collectively, "Defendants") in the above-referenced matter. We write jointly with Plaintiffs' counsel to comply with the Court's October 28, 2022 Order that requires the parties to provide the Court with an update on the outcome of the parties' mediation (*see* ECF Nos. 52, 54). The parties engaged in a mediation session with Mediator Martin Scheinman on December 6, 2022. Unfortunately, the parties were unable to resolve this matter. The parties understand that the stay of all proceedings has ended and will prepare to proceed. The parties jointly propose the following:

      **Amended Proposed Discovery Schedule.** The parties propose that the following discovery schedule supersede the discovery dates proposed by the parties on February 24, 2022 and approved by Your Honor on March 3, 2022 (*see* ECF Nos. 25, 27):

- Interrogatories must be served no later than January 6, 2023.
- Initial Requests for Production must be served no later than January 6, 2023.
- Requests for Admission must be served no later than April 17, 2023.
- Depositions shall be completed by June 30, 2023.
- All fact discovery must be completed by July 31, 2023.
- Expert discovery shall be completed by September 29, 2023.

      **Motion for Conditional Certification.** Plaintiffs advised the court of their desire to file a motion for conditional certification on May 26, 2022. In addition, to avoid motion practice, the parties previously agreed that the statute of limitations with regard to the putative FLSA Collective would be stayed for the period from June 24, 2022 until the conclusion of mediation. Accordingly,

Hon. Judge Stewart D. Aaron
December 7, 2022
Page 2

the stay of the statute of limitations period should now be concluded.  Briefing on the motion was stayed by the Court on June 27, 2022 (*see* ECF No. 39).  The parties have agreed upon the following briefing schedule:

- Motion for Conditional Certification: December 16, 2022
- Defendants' Opposition: January 20, 2023
- Plaintiffs' Reply: February 6, 2023

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Eli Freedberg*
Eli Freedberg

ENDORSEMENT: On Monday, December 12, 2022, at 4 p.m., the Court shall hold a telephone conference to discuss the case schedule. At the appointed time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.

Dated: December 7, 2022