Application GRANTED. SO ORDERED.
Dated: December 15, 2022



# MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

December 15, 2022

**VIA ECF**

Hon. Stewart D. Aaron, USMJ
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Alvarez v. Kelco Landscaping, Inc. et al.,* Case No. 21-cv-09014-PAE-SDA

Dear Judge Aaron:

    I represent the Plaintiffs in the above referenced matter. On December 12, 2022, the Court adopted the parties' proposed briefing schedule for the anticipated motion for Conditional Certification and notice of FLSA claims. Yesterday the Plaintiffs furnished the proposed second amended complaint which was discussed at the December 12, 2022 conference. In light of the fact that the court may consider the allegations in the operative complaint on a motion for conditional certification, we proposed a one week extension of the dates on the briefing of the motion for conditional certification. This will permit the parties to address and hopefully resolve the amendment issue prior to filing the motion for conditional certification. The Defendants have consented to this request.

    The current and proposed amended briefing schedules are as follows:

|  | Current | Proposed |
|---|---|---|
| Motion | 12/16/2022 | 12/23/2022 |
| Response | 1/20/2023 | 1/27/2023 |
| Reply | 2/6/2023 | 2/6/2023 |

Respectfully submitted,

*Steven J. Moser*

Steven J. Moser

CC:    All counsel of record via ECF

5 E. MAIN ST., HUNTINGTON, NY 11743
WWW.MOSEREMPLOYMENTLAW.COM