

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

December 19, 2022

**VIA ECF**

Hon. Stewart D. Aaron, USMJ
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Alvarez v. Kelco Landscaping, Inc. et al.,* Case No. 21-cv-09014-PAE-SDA

Dear Judge Aaron:

    I represent the Plaintiffs in the above referenced matter. On December 12, 2022 the Court directed the parties to file a letter setting forth a proposed schedule for any further amended pleading and the response thereto no later than December 19, 2022. On December 14, 2022 the Plaintiffs forwarded a proposed Second Amended Complaint ("SAC") to the Defendants, a copy of which is annexed hereto as Exhibit 1.

    Defendants have consented to the filing of the SAC and also request leave to respond to the SAC by January 20, 2023.

    The Plaintiffs therefore request leave to file the SAC on consent.

                                      Respectfully submitted,

                                      *Steven J. Moser*

                                      Steven J. Moser

CC:    All counsel of record via ECF