**TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS DE AMERICA
DISTRITO SUR DE NUEVA YORK**

| | |
|---|---|
| CARLOS ALVAREZ CHICAS, ALONSO VILLATORO, MISAEL ALEXANDER MARTINEZ CASTRO, ANGEL MARTINEZ, EDWIN ULLOA MOREIRA and MATEO UMAÑA individually and on behalf of all others similarly situated,<br><br>Demandantes,<br><br>- *en contra* -<br><br>KELCO CONSTRUCTION, INC., KELCO LANDSCAPING, INC., E.L.M. GENERAL CONSTRUCTION CORP. D/B/A KELLY'S CREW, JOHN KELLY and JOSEPH PROVENZANO,<br><br>Acusados, | Caso No. 21-cv-09014 (PAE)(SDA)<br><br>**NOTIFICACIÓN AUTORIZADA POR LA CORTE 29 U.S.C. § 216(b) ACCIÓN COLECTIVA**<br><br>**NOTIFICACIÓN IMPORTANTE ACERCA DE SUS DERECHOS** |

**PARA:**

1. Empleados por hora, actuales o previos, de la compañía Kelco Construction, Inc. ("Kelco") quienes hayan sido pagados por ambas compañías Kelco y por E.L.M. General Construction Corp. también conocido como Kelly's Crew ("ELM"), por la misma semana.

2. Empleados por hora, actuales o previos, de Kelco Construction Inc. que hayan trabajado como conductores (manejando camiones).

3. Todos los empleados por hora, actuales o previos de E.L.M. General Construction, Corp.

Esta demanda busca reparar daños monetarios bajo la Ley de Normas Justas de Trabajo (FLSA 29 U.S.C 201 et seq.) y las Leyes Laborales de Nueva York por la presunta violación de salarios, pago de sobretiempo y la tasa salarial prevaleciente (de la union).

ESTA NOTIFICACIÓN es para informarle de su derecho a participar en esta demanda judicial como un demandante bajo la Ley de Normas Justas de Trabajo, si usted trabajó para ellos en algun momento desde el 2 de noviembre del 2018 hasta la fecha presente.

No se ha hecho ninguna determinación todavía si a usted le deben alguna cantidad de dinero, y la corte no está respaldando los méritos de esta demanda y no le está sugiriendo que participe en la misma. Usted no tiene ninguna obligación de responder a esta notificación.

**La ley Federal le prohíbe a los Acusados de tomar represalias en su contra o de discriminarlo si usted desea unirse a la demanda.**

| **SUS DERECHOS LEGALES Y OPCIONES EN ESTA DEMANDA** | |
|---|---|
| **PEDIR SER INCLUIDO** | Si usted desea ser incluido, usted debe completar el formulario al final de esta notificación. |
| **HACER NADA** | Si usted no hace nada, no será incluido en la porción de la demanda relacionada a los reclamos bajo la Ley de Normas Justas de Trabajo (FLSA). |

Sus opciones están siendo explicadas en esta notificación. Para pedir ser incluido en esta demanda legal, usted debe actuar antes de [60 días desde el día que se mande la notificación]

### 01. ¿Porqué estoy recibiendo esta notificación?

Usted está recibiendo esta notificación porque hay archivos que muestran que usted trabaja o trabajó para los acusados, en algun momento entre el 2 de noviembre del 2018 y la fecha presente.

### 02. ¿De qué se trata esta demanda?

Esta demanda es acerca de si los Acusados les han pagado a sus empleados los salarios correspondientes con la ley federal y la ley Laboral del Estado de Nueva York, y si han fallado en pagar la tasa salarial prevaleciente de la union.

Esta notificación solo incluye los reclamos bajo la ley federal. El Tribunal puede autorizar que usted reciba una notificación en relación con la ley Laboral de Nueva York y los reclamos acerca de la tasa salarial prevaleciente, en el futuro.

En la parte de la demanda traída bajo la Ley de Normas Justas de Trabajo ("FLSA"), la demanda alega que (i) los trabajadores de Kelly's Crew que se reportaban a trabajar en las instalaciones de los Acusados en la 25 Newton Place en Hauppauge, debieron de ser pagados desde el momento en el que se reportaron a la 25 Newton, hasta el momento en el que se fueron de la 25 Newton al final del día de trabajo, por lo tanto no les pagaron la tarifa apropiada por el sobretiempo; (ii) los empleados de Kelco que trasportaban otros empleados en los vehículos de la compañía, debieron ser pagados desde el momento en el que llegaron a la 25 Newton hasta el momento en el que se fueron de la 25 Newton al final del día de trabajo; (iii) los empleados que fueron pagados por ambos Kelco y por E.LM. por trabajo hecho en la misma semana de trabajo, no fueron pagados la tarifa apropiada de sobretiempo por todas las horas trabajadas que sobrepasaron las 40 horas.

### 03. ¿Qué daños ésta buscando la demanda reparar?

La demanda está buscando reparar los salarios por sobretiempo que no fueron pagados, otros salarios, la tasa salarial prevaleciente, intereses antes del juicio y después del juicio y por "daños y perjuicios," lo cual dúplica la cantidad del salario que se debe. Esta demanda también busca recuperar los costos y honorarios del abogado.

**04. ¿Qué pasa si me uno a los reclamos federales?**

Si usted decide unirse a esta demanda, usted está ligado con cualquier decisión, acuerdo o sentencia, sea favorable o desfavorable, en los reclamos federales. Usted también compartirá cualquier ganancia que resulte de un acuerdo o de una sentencia a su favor.

Al unirse, usted está designando a los Demandantes CARLOS ALVAREZ CHICAS, ALONSO VILLATORO, MISAEL ALEXANDER MARTINEZ CASTRO, ANGEL MARTINEZ, EDWIN ULLOA MOREIRA y MATEO UMAÑA como sus representantes, y en la mayor medida posible, usted designa a los Demandantes y a sus abogados para tomar decisiones en su nombre acerca del caso, el método y manera en el que se conduce el caso, y cualquier otro asunto relacionado con esta demanda. Cualquier decisión y acuerdo al que los Demandantes lleguen en relación con este caso, serán vinculados con usted si decide unirse a la demanda.

Mientras la demanda esté pendiente, como parte del proceso de descubrimiento, puede que se le pida que proporcione documentos o información relacionada a su empleo con los Acusados, lo cual puede incluir responder a preguntas escritas o contestar preguntas en persona bajo juramento, ya bien sea antes o durante un juicio. Por esta razón, si usted se une a la demanda, usted debe preservar todos los documentos relacionados con los Acusados que usted tenga en su posesión actualmente. También puede que se le pida atender a dar declaraciones planificadas a su conveniencia, y/o a testificar en un juicio en el Tribunal del Distrito Sur de Nueva York.

**05. Pueden los acusados y/o mis jefes actuales tomar represalias o despedirme si me uno a la demanda?**

No. Es una violación de la Ley Federal que un Acusado despida, discipline o de alguna manera discrimine o tome represalias en su contra por ser parte de esta demanda.

**06. ¿Puedo participar en esta demanda, aunque debido a mi estatus migratorio no trabaje para los Acusados legalmente?**

Si, usted puede participar y recuperar salario que se le deba independientemente de su estado migratorio. No se le harán preguntas acerca de su estado migratorio.

**06. ¿Puedo participar en esta demanda a pesar de que mi lenguaje primario es el español?**

Si, usted puede participar y recuperar salarios, aunque su lenguaje primario sea el español. El abogado que representa a los Demandantes habla español y si es necesario, proveeremos un traductor.

**07. ¿Como le pido al Tribunal ser incluido en este caso?**

Adjunto hay un formulario titulado "Formulario de Consentimiento de Demandante." **Si usted decide unirse a la demanda, es extremadamente importante que usted lea, firme y devuelva el Formulario de Consentimiento inmediatamente**.

Un sobre apostillado y con dirección está adjunto para su conveniencia. Si por alguna razón el sobre que viene adjunto se pierde o no lo encuentra, el Formulario de Consentimiento debe ser enviado a la dirección siguiente:

MOSER LAW FIRM, PC
5 East Main Street
Huntington, NY  11743
**RE:** *Alvarez, et al. v. Kelco Construction, Inc., et al.*

El Formulario de Consentimiento de Demandantes firmado, debe ser enviado antes de (60 días desde el recibimiento de esta carta). Si su Formulario de Consentimiento de Demandante no es recibido antes de (60 días del recibimiento de este correo), usted no podrá participar en la porción de la ley federal de este caso ni recibir alguna liquidación monetaria del mismo.

**08. ¿Tengo un abogado en este caso?**

Si usted decide unirse a este caso, usted será representado por los abogados de los Demandantes: Moser Law Firm, P.C., 5 East Main Street, Huntington, NY  11743.  Tel 516-671-1150.

**09. ¿Debo buscar mi propio abogado?**

Usted no necesita de contratar un abogado porque el Moser Law Firm va a estar trabajando a su favor. Sin embargo, usted tiene el derecho de contratar a un abogado de su preferencia para que lo represente en este caso. Si usted decide ser representado por otro abogado, usted tiene que discutir con ellos las tarifas y costos que ellos cobren.

**10. Como se les pagará a los abogados?**

A usted no se le requiere pagar ningún costo de su bolsillo por los servicios proporcionados por los abogados de los Demandantes, Moser Law Firm, P.C. Si usted elige ser representado por los abogados de los Demandantes, los costos y las tarifas serán pagadas de cualquier acuerdo al que se llegue como clase colectiva o de un dictamen monetario ordenado en contra de los Acusados. Si no se llega a ningún acuerdo o dictamen monetario, los abogados de los Demandantes no recibirán ningún honorario. Para más información acerca de esta notificación, la fecha límite para unirse a esta demanda, el formulario proporcionado o para contestar alguna otra pregunta que tenga acerca de esta demanda, puede ser obtenido al contactar el abogado de los Demandantes Steven Moser, Esq., número de teléfono (516) 671-1150. Cualquier comunicación que tenga con Moser Law Firm, PC es **confidencial y privilegiado** y no será compartida con ninguna persona sin su consentimiento.

Si usted elige a un abogado diferente del abogado de los Demandantes para que lo represente en este caso, usted puede unirse a la demanda al presentar el formulario de consentimiento apropiado directamente con la secretaria Judicial antes de la fecha límite estipulada en esta notificación.

**11. Qué pasa si no hago nada al respecto?**

Si usted decide no unirse a esta demanda, usted no será afectado por el acuerdo al que se llegue o dictamen monetario que se haga en este caso, así sea favorable o desfavorable.

**12. Esta notificación ha sido autorizada por el Tribunal.**

Esta notificación y su contenido ha sido autorizada por el Juez Magistrado Stewart D. Aaron por el Distrito Sur de Nueva York. El Tribunal no ha determinado todavía si los reclamos de los Demandantes o las defensas de los Acusados tienen méritos.

**Por favor no le escriba o llame a el Tribunal acerca de esta notificación.**

Aunque el Tribunal ha autorizado que se envíe esta notificación, el Tribunal no ha expresado ninguna opinión en los méritos de esta demanda.

**CONSENTIMIENTO PARA UNIRME A LA DEMANDA**

1. Yo concedo a ser un demandante en la demanda judicial *ALVAREZ, ET AL. V. KELCO CONSTRUCTION, INC. ET AL.,* Tribunal del Distrito de los Estados Unidos, Distrito Sur de Nueva York, Acción Civil No. -CV-9014 para buscar reparación por violaciones de las Leyes de Normas Justas de Trabajo, de acuerdo con 29 U.S.C. § 216(b).

2. Al firmar y devolver este documento de consentimiento, estoy designando a los Demandantes CARLOS ALVAREZ CHICAS, ALONSO VILLATORO, MISAEL ALEXANDER MARTINEZ CASTRO, ANGEL MARTINEZ, EDWIN ULLOA MOREIRA y MATEO UMAÑA y a sus abogados, El Moser Law Firm, P.C. a que me representen y tomen decisiones en mi nombre en relación con la litigación y acuerdo. Yo entiendo que costos razonables gastados para mi beneficio serán deducidos de cualquier acuerdo o cantidad de un dictamen monetario en una base proporcional entre todos los otros Demandantes. Yo entiendo que el Abogado le pedirá a el Tribunal por costos y Honorarios razonables en el caso de que se llegue a un acuerdo o se reciba un dictamen monetario y él recibirá un porcentaje de la liquidación bruta o cantidad del dictamen monetario. Yo acepto los términos y condiciones que el Tribunal adjudique en este caso, ya sea favorable o desfavorable.

_____
Nombre (escrito)

_____
Firma                                   Fecha

_____
Dirección de Calle

_____
Ciudad, Estado, Código Postal

_____
Numero Telefonico

_____
Email

Mandar por correo a:   MOSER LAW FIRM, P.C.
                       5 East Main Street
                       Huntington, NY  11743
                       Attn: *Alvarez et al. v. Kelco Construction, Inc. et al.*