# EXHIBIT 1

TO DECLARATION OF STEVEN JOHN MOSER DATED 12/23/2022

ALVAREZ ET AL. V. KELCO CONSTRUCTION, INC. ET AL., 21-CV-9014 (PAE)(SDA)

```
CO      FILE    DEPT.   CLOCK  NUMBER   020
PJR    000587  101000          0020681183  1
```

# Earnings Statement

KELCO CONSTRUCTION INC
25 NEWTON PLACE
HAUPPAUGE, NEW YORK 11788

Period Beginning: 10/04/2020
Period Ending: 10/10/2020
Pay Date: 10/16/2020

**REDACTED**

**REDACTED**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 43.4800 | 40.00 | 1,739.20 | 49,100.29 |
| Local1010Vac | | | 210.00 | 5,875.88 |
| Overtime | | | | 2,400.39 |
| **Gross Pay** | | | **$1,949.20** | 58,416.08 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -336.41 | 9,633.14 |
| | Social Security Tax | -120.85 | 3,621.80 |
| | Medicare Tax | -28.26 | 847.03 |
| | NY State Income Tax | -105.82 | 3,114.86 |
| | NY SUI/SDI Tax | -0.60 | 21.00 |
| | NY Paid Family Leave Ins | -5.25 | 157.50 |
| | **Other** | | |
| | Local1010Duesch | -52.18 | 1,521.10 |
| | Local1010Nylpol | -4.00 | 119.65 |
| | Local1010Vacati | -210.00 | 5,875.88 |
| | **Net Pay** | **$1,085.83** | |
| | **Net Check** | **$1,085.83** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 40.00 | |
| **Deposits** | | |
| Account No. | | REDACTED |
| Transit/ABA | | xxxx xxxx |
| Pending | | |

**Important Notes**
COMPANY PH#:+1 631 462 2952

BASIS OF PAY: HOURLY

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

Your federal taxable wages this period are $1,949.20

© 2000 ADP, LLC

KELCO CONSTRUCTION INC
25 NEWTON PLACE
HAUPPAUGE, NEW YORK 11788

PJR                                          1-2/210
**Payroll check number:** 0020681183
Pay date: 10/16/2020

Pay to the order of: **REDACTED**

This amount: ONE THOUSAND EIGHTY FIVE AND 83/100 DOLLARS          $1085.83

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

CHASE
162 Fifth Ave
New York, NY 10010

ADP AUTHORIZED SIGNATURE

⑈ 20681183 ⑈   ⑆ 021000021 ⑆   528309300 ⑈