# EXHIBIT 2

TO DECLARATION OF STEVEN JOHN MOSER DATED 12/23/2022

ALVAREZ ET AL. V. KELCO CONSTRUCTION, INC. ET AL., 21-CV-9014 (PAE)(SDA)

```
CO.    FILE    DEPT.    CLOCK    NUMBER    020
WFB    030021  200333            0020681470 1
```

**Earnings Statement**  ADP

ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

Period Beginning: 10/04/2020
Period Ending: 10/10/2020
Pay Date: 10/16/2020

REDACTED

REDACTED

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 30.0000 | 8.00 | 240.00 | 2,520.00 |
| Regular |  |  |  | 600.00 |
| Drive Time |  |  |  | 5,745.00 |
| **Gross Pay** |  |  | **$240.00** | 8,865.00 |

| Deposits | | |
|---|---|---|
| Account No. | REDACTED | |
| Transit/ABA | | xxxx xxxx |
| Pending | | |

**Important Notes**
YOUR COMPANY PHONE IS 631 462-2952

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -0.15 | 244.73 |
| | Social Security Tax | -14.88 | 549.63 |
| | Medicare Tax | -3.48 | 128.54 |
| | NY State Income Tax | -2.37 | 160.81 |
| | NY SUI/SDI Tax | -0.60 | 18.24 |
| | NY Paid Family Leave Ins | -0.64 | 23.94 |
| **Net Pay** | | | **$217.88** |
| **Net Check** | | | **$217.88** |

BASIS OF PAY: HOURLY

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

Your federal taxable wages this period are $240.00

© 2000 ADP, LLC

---

ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

WFB                                        1-2/210
**Payroll check number:** 0020681470
Pay date: 10/16/2020

Pay to the order of: REDACTED

This amount: TWO HUNDRED SEVENTEEN AND 88/100 DOLLARS         $217.88

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

CHASE
162 Fifth Ave
New York, NY 10010

ADP AUTHORIZED SIGNATURE

⑇ 20681470⑇ ⑈021000021⑈    528309300⑇