# EXHIBIT 3

TO DECLARATION OF STEVEN JOHN MOSER DATED 12/23/2022

ALVAREZ ET AL. V. KELCO CONSTRUCTION, INC. ET AL., 21-CV-9014 (PAE)(SDA)

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| PJR | 000673 | 101000 | | 0019289109 | 1 |

**Earnings Statement** 

KELCO CONSTRUCTION INC
40 AUSTIN BLVD
COMMACK, NY 11725

Period Beginning: 07/21/2019
Period Ending: 07/27/2019
Pay Date: 08/02/2019

Taxable Marital St... REDACTED
Exemptions/Allowan...
Federal:
NY:

ALONSO VILLATORO
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 46.8500 | 32.00 | 1,499.20 |
| Local1010Vac | | | 152.00 |
| Overtime | | | |
| Holiday | | | |
| **Gross Pay** | | | **$1,651.20** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 32.00 | |

**Important Notes**
ER PHONE NUMBER IS (631) 462-2952

BASIS OF PAY: HOURLY

REDACTED

Your federal taxable wages this period are
$1,651.20

© 2000 ADP, LLC

KELCO CONSTRUCTION INC
40 AUSTIN BLVD
COMMACK, NY 11725

PJR   1-2/210
**Payroll check number:** 0019289109
Pay date: 08/02/2019

Pay to the order of: ALONSO VILLATORO

REDACTED

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

ADP AUTHORIZED SIGNATURE

CHASE
162 Fifth Ave
New York, NY 10010

⑈19289109⑈ ⑆021000021⑈ 528309300⑈