# EXHIBIT 4

TO DECLARATION OF STEVEN JOHN MOSER DATED 12/23/2022

ALVAREZ ET AL. V. KELCO CONSTRUCTION, INC. ET AL., 21-CV-9014 (PAE)(SDA)

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| WFB | 030069 | 200333 | | 0019288618 1 | |

**Earnings Statement**

ADP

ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

Period Beginning: 07/21/2019
Period Ending: 07/27/2019
Pay Date: 08/02/2019

Taxable Marital Status: REDACTED
Exemptions/Allowances:
 Federal:
 NY:

ALONSO VILLATORO
REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 15.0000 | 21.00 | 315.00 |
| Drive Time | | | |
| **Gross Pay** | | | **$315.00** |

**Important Notes**
YOUR COMPANY PHONE IS 631 462-2952

BASIS OF PAY: HOURLY

REDACTED

Your federal taxable wages this period are $315.00

© 2000 ADP, LLC

ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

WFB                                               1-2/210
**Payroll check number:** 0019288618
Pay date: 08/02/2019

Pay to the
order of:   ALONSO VILLATORO

REDACTED

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7343
VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

CHASE
162 Fifth Ave
New York, NY 10010

ADP AUTHORIZED SIGNATURE

⑆19288618⑆ ⑉021000021⑉ 528309300⑆