# EXHIBIT 6

TO DECLARATION OF STEVEN JOHN MOSER DATED 12/23/2022

ALVAREZ ET AL. V. KELCO CONSTRUCTION, INC. ET AL., 21-CV-9014 (PAE)(SDA)




Menu

COMPANY



**Joe Provanzano**

## Operations Manger

Joe Provenzano is a co-founder of Kelco and is the Executive Operations Manager responsible for all field operations. Joe has constructed some of Kelco's most renowned and complex landscapes.

