# EXHIBIT 7

TO DECLARATION OF STEVEN JOHN MOSER DATED 12/23/2022

ALVAREZ ET AL. V. KELCO CONSTRUCTION, INC. ET AL., 21-CV-9014 (PAE)(SDA)



CO.    FILE    DEPT.    CLOCK    VCHR. NO.    020
PJR   000675 101000        0000330015   1

# Earnings  Statement

KELCO  CONSTRUCTION   INC
25 NEWTON  PLACE
HAUPPAUGE,   NEW  YORK  11788

Period  Beginning:        08/02/2020
Period  Ending:           08/08/2020
Pay  Date:                08/14/2020

Taxable  Marital St **REDACTED**
Exemptions/Allowan
Federal:
NY:

CARLOS  ALVAREZ  CHICAS
**REDACTED**



**REDACTED**

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 46.8500 | 40.00 | 1,874.00 |
| Overtime | 70.2750 | 1.00 | 70.28 |
| Local1010Vac | | | 215.25 |
| **Gross Pay** | | | **$2,159.53** |

| Other  Benefits  and Information | this period | total to date |
|---|---|---|
| Totl Hrs  Worked | 41.00 | |

**Important  Notes**

COMPANY  PH#:+1  631  462  2952

BASIS  OF  PAY:  HOURLY

**Deductions**   **REDACTED**

Your  federal  taxable  wages  this  period  are
$2,159.53

© 2000  ADP,  LLC

KELCO  CONSTRUCTION  INC
25 NEWTON  PLACE
HAUPPAUGE ,  NEW  YORK  11788

Advice  number:        00000330015
Pay  date:              08/14/2020

Deposited  to the account  of
CARLOS  ALVAREZ  CHICAS

account  number    transit  ABA
xxxxxxxx5978       xxxx  xxxx

**REDACTED**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**