# EXHIBIT 8

TO DECLARATION OF STEVEN JOHN MOSER DATED 12/23/2022

ALVAREZ ET AL. V. KELCO CONSTRUCTION, INC. ET AL., 21-CV-9014 (PAE)(SDA)

CO   FILE   DEPT   CLOCK   VCHR NO   020

**WFB**  030071 200000         0000330004  1

# Earnings  Statement



*ELM  GENERAL   CONSTRUCTION   CORP*
*373  SMITHTOWN   BYPASS   SUITE   256*
*HAUPPAUGE,   NY  11788*

| | |
|---|---|
| Period  Beginning: | 08/02/2020 |
| Period  Ending: | 08/08/2020 |
| Pay  Date: | 08/14/2020 |

Taxable  Marital  Sta**REDACTED**
Exemptions/Allowanc
  Federal:
  NY:

CARLOS   ALVAREZ   CHICAS
**REDACTED**

**REDACTED**

## Earnings

| | rate | hours | this period |
|---|---|---|---|
| Drive  Time | 20.0000 | 3.00 | 60.00 |
| **Gross Pay** | | | **$60.00** |

**REDACTED**

### Important  Notes

YOUR  COMPANY   PHONE   IS 631  462-2952

BASIS  OF  PAY: HOURLY

## Deductions

**Statutory**
Social  Security  Tax
Medicare  Tax
NY  SUI/SDI  Tax
NY  Paid  Family  Leave  Ins

**Net Pay**
Checking1

**Net Check**

**REDACTED**

Your  federal  taxable  wages  this  period  are  $60.00

© 2000 A.D.P., LLC

---

ELM  GENERAL  CONSTRUCTION  CORP
373  SMITHTOWN  BYPASS  SUITE  256
HAUPPAUGE ,  NY  11788

**Advice number:**      **00000330004**
Pay  date:         08/14/2020

**REDACTED**

THIS IS NOT A CHECK

Deposited   to the account   of              account   number     transit   ABA
CARLOS   ALVAREZ   CHICAS                    xxxxxxxx5978      xxxx  xxxx

## NON-NEGOTIABLE