# EXHIBIT 9

TO DECLARATION OF STEVEN JOHN MOSER DATED 12/23/2022

ALVAREZ ET AL. V. KELCO CONSTRUCTION, INC. ET AL., 21-CV-9014 (PAE)(SDA)



| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 020 |
|---|---|---|---|---|---|
| WFB | 030143 | 200011 | | 0000130012 | 1 |

**Earnings Statement**

ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

Period Beginning: 03/21/2021
Period Ending: 03/27/2021
Pay Date: 04/02/2021

REDACTED

Filing Stat
Exemption
Federal

ANGEL I MARTINEZ CASTRO
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 22.0000 | 36.00 | 792.00 |
| Regular | 30.0000 | 4.00 | 120.00 |
| Overtime | 33.0000 | 10.00 | 330.00 |
| Drive Time | 20.0000 | 3.00 | 60.00 |
| **Gross Pay** | | | **$1,302.00** |

**Important Notes**
YOUR COMPANY PHONE IS 631 462-2952

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

REDACTED

**Deductions**  Statutory
Federal Income T
Social Security T
Medicare Tax
NY State Income
NY SDI Tax
NY Paid Family L

**Net Pay**
Checking1

**Net Check**

Your federal taxable wages this period are
$1,302.00

© 2000 ADP, LLC

ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

Advice number: 00000130012
Pay date: 04/02/2021

THIS IS NOT A CHECK

Deposited to the account of
ANGEL I MARTINEZ CASTRO

account number: xxxxx1339
transit ABA: xxxx xxxx

REDACTED

**NON-NEGOTIABLE**