# EXHIBIT 10

TO DECLARATION OF STEVEN JOHN MOSER DATED 12/23/2022

ALVAREZ ET AL. V. KELCO CONSTRUCTION, INC. ET AL., 21-CV-9014 (PAE)(SDA)

```
CO.   FILE    DEPT   CLOCK  NUMBER    020
WFB  030153  200011         0021106713  1
```

ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

**Earnings Statement** 

Period Beginning: 03/21/2021
Period Ending:    03/27/2021
Pay Date:         04/02/2021

Taxable Marital S... REDACTED
Exemptions/Allowa...
  Federal:
  NY:

JUNIOR REDACTED
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 |
| Overtime | 33.0000 | 10.00 | 330.00 |
| Drive Time | 20.0000 | 18.00 | 360.00 |
| **Gross Pay** | | | **$1,570.00** |

**Important Notes**
YOUR COMPANY PHONE IS 631 462-2952

BASIS OF PAY: HOURLY

**Deductions** REDACTED

Your federal taxable wages this period are
$1,570.00

© 2000 ADP, LLC

ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

WFB                                           1-2/210
**Payroll check number:** 0021106713
Pay date:                 04/02/2021

Pay to the
order of:   JUNIOR REDACTED                                    REDACTED
This amount: REDACTED

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

CHASE
162 Fifth Ave
New York, NY 10010

ADP AUTHORIZED SIGNATURE

⑆211106713⑆ ⑈021000021⑈ 528309300⑈