UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ALVAREZ CHICAS, ALONSO VILLATORO, MISAEL ALEXANDER MARTINEZ CASTRO, ANGEL MARTINEZ, EDWIN ULLOA MOREIRA and MATEO UMAÑA individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>- against -<br><br>KELCO CONSTRUCTION, INC., KELCO LANDSCAPING, INC., E.L.M. GENERAL CONSTRUCTION CORP. D/B/A KELLY'S CREW, JOHN KELLY and JOSEPH PROVENZANO,<br>           Defendants. | Case No. 21-cv-09014 (PAE)(SDA)<br><br>**DECLARATION OF TRANSLATION BY SHIRLEY NAVARRO-LOSITO** |

  I, Shirley Navarro-Losito, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I currently reside in the State of New York, Suffolk County.

2. I am employed as a legal administrative assistant with the Moser Law Firm, P.C.

3. I am fluent in English and Spanish.

4. On December 21st and 22nd, I accurately orally translated the documents entitled "Declaration of Carlos Alvarez Chicas", "Declaration of Alonso Villatoro", "Declaration of Misael Alexander Martinez Castro", "Declaration of Angel Martinez", "Declaration of Edwin Ulloa Moreira", "Declaration of Mateo Umaña in Support of Motion for Conditional Certification" to each Plaintiff.

5. Carlos Alvarez Chicas, Alonso Villatoro, Misael Alexander Martinez Castro, Angel Martinez, Edwin Ulloa Moreira and Mateo Umaña each executed their Declarations after

it was orally translated to them.

The foregoing is true and correct.

Dated: December 28, 2022

Shirley Navarro-Losito