UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS ALVAREZ CHICAS, ALONSO VILLATORO, MISAEL ALEXANDER MARTINEZ CASTRO, ANGEL MARTINEZ, EDWIN ULLOA MOREIRA and MATEO UMANA individually and on behalf of all others similarly situated,

    Plaintiffs,

-against-

KELCO CONSTRUCTION, INC., KELCO LANDSCAPING, INC., E.L.M. GENERAL CONSTRUCTION CORP. D/B/A KELLY'S CREW, JOHN KELLY and JOSEPH PROVENZANO,

    Defendants.

Case No. 1:21-CV-09014 (PAE)(SDA)

---

## DECLARATION OF LUIS LOPEZ

I, Luis Lopez, hereby affirm under penalty of perjury:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. I am a certified court interpreter in the English and Spanish languages.

3. On January 24 and 25, 2023, in my capacity as a Spanish language court interpreter, I interpreted from English to Spanish and from Spanish and English the interviews of multiple employees of Kelco Construction Inc. and E.L.M. General Construction Corp.: Eduardo Narvaez, Elmer Amador, Elvis Canales, Juan Hernandez, Mario Rodriguez, Rohan Guthrie, Elmer Cruz, Gerson Juarez, Jose Canales, Jose Escobar, Jose Flores, Junior Blanco, Milton Ruiz, Narciso Alvarenga Ramirez, and Oscar Machado. All the employees informed me that their primary language is Spanish.

4. The interviews of the employees were conducted by attorneys from Littler

Mendelson, P.C. in the above-captioned case.

5. At the outset of the interview, I orally received the consent of each of the interviewed employees' understanding of the purpose of the interview and their willingness to proceed with the interviews.

6. I declare and certify to the best of my abilities that I provided a true and correct translation of each declaration of the interviewed employees.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 26, 2023
New York, New York

_____
LUIS LOPEZ