UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ALVAREZ CHICAS, ALONSO VILLATORO, MISAEL ALEXANDER MARTINEZ CASTRO, ANGEL MARTINEZ, EDWIN ULLOA MOREIRA and MATEO UMANA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>KELCO CONSTRUCTION, INC., KELCO LANDSCAPING, INC., E.L.M. GENERAL CONSTRUCTION CORP. D/B/A KELLY'S CREW, JOHN KELLY and JOSEPH PROVENZANO,<br><br>Defendants. | Case No. 1:21-CV-09014 (PAE)(SDA) |

## DECLARATION OF FRANCISCO FERENCZI

I, Francisco Ferenczi, hereby affirm under penalty of perjury:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. I am a certified court interpreter in the English and Portuguese languages.

3. On January 25, 2023, in my capacity as a Portuguese language court interpreter, I interpreted from English to Portuguese and from Portuguese and English the interviews of multiple employees of Kelco Construction Inc. and E.L.M. General Construction Corp.: Carlos Soares and Helder Piedades.

4. The interviews of the employees were conducted by attorneys from Littler Mendelson, P.C. in the above-captioned case.

5. At the outset of the interview, I orally received the consent of each of the



interviewed employees' understanding of the purpose of the interview and their willingness to proceed with the interviews.

6. I declare and certify to the best of my abilities that I provided a true and correct translation of each declaration of the interviewed employees.

I declare under penalty of perjury that the foregoing is true and correct

Date: January 26, 2023
New York, New York

FRANCISCO FERENCZI