UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ALVAREZ CHICAS, ALONSO VILLATORO, MISAEL ALEXANDER MARTINEZ CASTRO, ANGEL MARTINEZ, EDWIN ULLOA MOREIRA and MATEO UMANA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>KELCO CONSTRUCTION, INC., KELCO LANDSCAPING, INC., E.L.M. GENERAL CONSTRUCTION CORP. D/B/A KELLY'S CREW, JOHN KELLY and JOSEPH PROVENZANO,<br><br>Defendants. | Case No. 1:21-CV-09014 (PAE)(SDA) |

### DECLARATION OF ROHAN GUTHRIE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION PURSUANT TO 29 U.S.C. § 216(b)

I, Rohan Guthrie, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Conditional Certification pursuant to 29 U.S.C. § 216(b). I am personally familiar with the facts set forth below and submit this declaration based on my personal knowledge.

2. I am a resident of Brooklyn, New York.

3. I currently work for Kelco Construction as a laborer. I have been working for Kelco Construction since approximately 2005.

4. As a laborer, I mainly do landscaping work, such as mulching, planting, trimming plants, and trenching.

5. I am a union member of Local 731 Laborers.

6. Kelco Construction did not require me to report to the Hauppauge facility prior to

2

the start of the workday. I visited the Hauppauge facility infrequently for social events and not to report to work.

7. I work for approximately eight (8) hours per day, five (5) times per week. I generally start work between the hours of 6:00 a.m. and 7:00 a.m.

8. I drove myself to worksites in my personal vehicle from my residence in Brooklyn. However, if the worksite is in the Bronx or Manhattan, I take public transportation.

9. I fully understand the contents of this declaration in English, my primary language.

10. This declaration was prepared by counsel for Defendants in the action based on an interview in which I voluntarily participated. I was advised that I could end the interview at any time. I have also been told by counsel for the Defendants that I should sign this declaration if I want to and if everything within it is true and correct to the best of my knowledge, information, and belief. I have been given a full opportunity to review this declaration carefully and freely and make any corrections and additions of any kind.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 24, 2023

_____
Rohan Guthrie