UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS ALVAREZ CHICAS, ALONSO VILLATORO, MISAEL ALEXANDER MARTINEZ CASTRO, ANGEL MARTINEZ, EDWIN ULLOA MOREIRA and MATEO UMAÑA individually and on behalf of all others similarly situated,

    Plaintiffs,

-against-

KELCO CONSTRUCTION, INC., KELCO LANDSCAPING, INC., E.L.M. GENERAL CONSTRUCTION CORP. D/B/A KELLY'S CREW, JOHN KELLY and JOSEPH PROVENZANO,

    Defendants.

Case No. 1:21-CV-09014 (PAE)(SDA)

---

### DECLARATION OF ELMER CRUZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION PURSUANT TO 29 U.S.C. § 216(b)

I, Elmer Cruz, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Conditional Certification pursuant to 29 U.S.C. § 216(b). I am personally familiar with the facts set forth below and submit this declaration based on my personal knowledge.

2. I am a resident of Hempstead, New York, in Long Island.

3. I currently work for Kelco Construction as a laborer. I have been working for Kelco Construction since approximately 1999.

4. My duties as a laborer include, but are not limited to, landscaping and planting.

5. I have been a union member of Local 731 since 2008.

6. I arrived at a park-and-ride in Commack, New York each morning at around 4:45 a.m. to be picked up by an employee driving the company vehicle.

7. I normally do not go to 25 Newton Place, Hauppauge, New York ("Hauppauge facility") unless I had to perform some work for ELM at the Hauppauge facility on rare occasions.

8. I did not perform any work at the Hauppauge facility prior to the workday at the jobsite. Nor did I perform any work at the Hauppauge facility at the end of the workday.

9. I was picked up along with approximately three (3) or four (4) coworkers from the park-and-ride each workday, depending on the jobsite we were going to that day.

10. I voluntarily get a ride into work because it is easier for me to get to jobsites by commuting on a company vehicle with other coworkers. Kelco Construction did not require me to get to work on the company vehicle.

11. Depending on the traffic, it takes about one and one-half (1 ½) hours to travel from the park-and-ride to the jobsites in New York City.

12. On average, I start working at the jobsite at around 7:00 a.m.

13. It takes approximately two (2) or two and one-half hours (2 ½) to travel back to the park-and-ride location from the jobsite, depending on traffic.

14. In some emergency situations, I did not get a ride from the park-and-ride into the jobsite in New York City.

15. I regularly work for Kelco Construction five (5) days per week, eight (8) hours per day.

16. At times, to meet deadlines, I work over forty (40) hours in a week. However, this did not happen frequently. When I work over forty (40) hours in a week, I am paid for those hours at an overtime rate.

17. I am paid hourly at a union rate of approximately $42.00 from Kelco Construction.

18. I am paid hourly at a rate of approximately $18.00 from ELM for work that I

perform at the Hauppauge facility on rare Saturdays.

19. My primary language is Spanish. On January 25, 2023, Luis Lopez, CCI verbally translated this declaration to me in Spanish. I fully understand the contents of this declaration in my primary language.

20. This declaration was prepared by counsel for Defendants in the action based on an interview in which I voluntarily participated. I was advised that I could end the interview at any time. I have also been told by counsel for the Defendants that I should sign this declaration if I want to and if everything within it is true and correct to the best of my knowledge, information, and belief. I have been given a full opportunity to review this declaration carefully and freely and make any corrections and additions of any kind.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   January 25, 2023                    _____
                                            Elmer Cruz