PJR  000117 101033        0000080070  1

# Earnings Statement

**ADP**

KELCO CONSTRUCTION INC
25 NEWTON PLACE
HAUPPAUGE, NEW YORK 11788

Period Beginning: 02 13 2022
Period Ending:   02 19 2022
Pay Date:        02 25 2022

REDACTED

EDUARDO NARVAEZ
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 52 5600 | 40 00 | 2 102 40 |
| **Gross Pay** | | | **$2 102 40** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 40 00 | |

**Important Notes**
COMPANY PH#:+1 631 462 2952

BASIS OF PAY: HOURLY

REDACTED

REDACTED

REDACTED