WFB  000120 200333        0000080022  1

# Earnings Statement



ELM GENERAL CONSTRUCTION CORP
34 EAST MAIN STREET
SMITHTOWN, NEW YORK 11787

Period Beginning:  02 13 2022
Period Ending:     02 19 2022
Pay Date:          02 25 2022

REDACTED

EDUARDO NARVAEZ
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Drive Time | 25 0000 | 15 00 | 300 00 |
| **Gross Pay** | | | **$300 00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 15 00 | |

**Important Notes**
COMPANY PH#:+1 973 647 0129

BASIS OF PAY: HOURLY

REDACTED

REDACTED

REDACTED