PJR  000458 101000        0000080017  1

# Earnings Statement

**ADP**

KELCO CONSTRUCTION INC
25 NEWTON PLACE
HAUPPAUGE, NEW YORK 11788

Period Beginning:  02 13 2022
Period Ending:     02 19 2022
Pay Date:          02 25 2022

REDACTED

ELMER AMADOR
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 45 8500 | 40 00 | 1 834 00 |
| Local1010Vac | | | 240 00 |
| **Gross Pay** | | | **$2 074 00** |

REDACTED

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 40 00 | |

**Important Notes**
COMPANY PH#:+1 631 462 2952

BASIS OF PAY: HOURLY

| Net Check | $0.00 |
|---|---|

REDACTED

$2 074.00

REDACTED