CO. FILE    DEPT.    CLOCK    VCHR. NO.
WFB    000128 200333         0000080016  1

# Earnings Statement



ELM GENERAL CONSTRUCTION CORP  
34 EAST MAIN STREET  
SMITHTOWN, NEW YORK 11787

Period Beginning:    02 13 2022  
Period Ending:       02 19 2022  
Pay Date:            02 25 2022

REDACTED

ELMER AMADOR  
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Drive Time | 25.0000 | 15.00 | 300.00 |
| **Gross Pay** | | | **$300.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 15.00 | |

**Important Notes**  
COMPANY PH#:+1 973 647 0129

BASIS OF PAY: HOURLY

REDACTED

REDACTED

REDACTED