PJR 020079 101400    0000150091 1

# Earnings Statement



KELCO CONSTRUCTION INC
25 NEWTON PLACE
HAUPPAUGE, NEW YORK 11788

Period Beginning: 04 04 2021
Period Ending: 04 10 2021
Pay Date: 04 16 2021

REDACTED

**ELVIS CANALES**
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 43 0000 | 40 00 | 1 720 00 |
| **Gross Pay** | | | **$1 720 00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 40 00 | |

**Important Notes**
COMPANY PH#:+1 631 462 2952

BASIS OF PAY: HOURLY

REDACTED

REDACTED

REDACTED