| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | | Earnings Statement |  |
|---|---|---|---|---|---|---|---|
| WFB | 030139 | 200333 | | 0021143748 | 1 | | |

ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

Period Beginning: 04 04 2021
Period Ending: 04 10 2021
Pay Date: 04 16 2021

REDACTED

**ELVIS CANALES**
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Overtime | 37.5000 | 8.00 | 300.00 |
| **Gross Pay** | | | **$300.00** |

**Important Notes**
YOUR COMPANY PHONE IS 631 462-2952

BASIS OF PAY: HOURLY

REDACTED

REDACTED

REDACTED