PJR  000437 101055      0000050067  1

# Earnings Statement

**ADP**

KELCO CONSTRUCTION INC
25 NEWTON PLACE
HAUPPAUGE, NEW YORK 11788

Period Beginning: 01 23 2022
Period Ending:   01 29 2022
Pay Date:        02 04 2022

REDACTED

JUAN HERNANDEZ
REDACTED
746

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 46 1200 | 28 00 | 1 291 36 |
| Local282Vac | | | 140 00 |
| **Gross Pay** | | | **$1,431 36** |

REDACTED

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 28 00 | |

**Important Notes**
COMPANY PH#:+1 631 462 2952

BASIS OF PAY: HOURLY

REDACTED

REDACTED