| WFB 000164 200333 | 0000050018 1 | Earnings Statement |  |
|---|---|---|---|

ELM GENERAL CONSTRUCTION CORP  
34 EAST MAIN STREET  
SMITHTOWN, NEW YORK 11787

Period Beginning: 01 23 2022  
Period Ending: 01 29 2022  
Pay Date: 02 04 2022

REDACTED

JUAN HERNANDEZ  
REDACTED  
746

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 30 0000 | 24 00 | 720 00 |
| Overtime | | | |
| | | **Gross Pay** | **$720 00** |

REDACTED

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 24 00 | |

**Important Notes**  
COMPANY PH#:+1 973 647 0129

BASIS OF PAY: HOURLY

REDACTED

REDACTED