WFB  003100 200333         0000050026  1

# Earnings Statement

**ADP**

ELM GENERAL CONSTRUCTION CORP
34 EAST MAIN STREET
SMITHTOWN, NEW YORK 11787

Period Beginning: 01 23 2022
Period Ending: 01 29 2022
Pay Date: 02 04 2022

REDACTED

**MARIO RODRIGUEZ**
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 30.0000 | 18.00 | 540.00 |
| **Gross Pay** | | | **$540.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 18.00 | |

**Important Notes**
COMPANY PH#:+1 973 647 0129

BASIS OF PAY: HOURLY

REDACTED

REDACTED

REDACTED