PJR   000463 101033          0000260041   1

# Earnings Statement



KELCO CONSTRUCTION INC
25 NEWTON PLACE
HAUPPAUGE, NEW YORK 11788

Period Beginning: 06 14 2020
Period Ending:   06 20 2020
Pay Date:        06 26 2020

REDACTED

**ROHAN A GUTHRIE**
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 42.6500 | 40.00 | 1,706.00 |
| Overtime | 63.9750 | 8.00 | 511.80 |
| **Gross Pay** | | | **$2,217.80** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 48.00 | |

**Important Notes**
COMPANY PH#:+1 631 462 2952

BASIS OF PAY: HOURLY

REDACTED

Net Check        $0.00
REDACTED

$2,217.80

REDACTED