WFB 000077 200333        0000260017 1

# Earnings Statement

ADP®

ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

Period Beginning:  06 14 2020
Period Ending:     06 20 2020
Pay Date:          06 26 2020

REDACTED

**ROHAN A GUTHRIE**
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 15 0000 | 8 00 | 120 00 |
| Overtime | | | |
| **Gross Pay** | | | **$120 00** |

**Important Notes**

YOUR COMPANY PHONE IS 631 462-2952

BASIS OF PAY: HOURLY

REDACTED

REDACTED

REDACTED