PJR  000258 101033         0000210074  1

# Earnings Statement



KELCO CONSTRUCTION INC
25 NEWTON PLACE
HAUPPAUGE, NEW YORK 11788

Period Beginning:   05 16 2021
Period Ending:      05 22 2021
Pay Date:           05 28 2021

REDACTED

**ELMER CRUZ**
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 43.0000 | 40.00 | 1,720.00 |
| Overtime | | | |
| **Gross Pay** | | | **$1,720.00** |

REDACTED

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 40.00 | |

**Important Notes**
COMPANY PH#:+1 631 462 2952

BASIS OF PAY: HOURLY

REDACTED

REDACTED