WFB 006000 200333 0000210029 1

# Earnings Statement

ADP

ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

Period Beginning: 05 16 2021
Period Ending: 05 22 2021
Pay Date: 05 28 2021

REDACTED

**ELMER CRUZ**
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Overtime | 33 0000 | 8 00 | 264 00 |
| **Gross Pay** | | | **$264 00** |

REDACTED

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 8 00 | |

**Important Notes**
YOUR COMPANY PHONE IS 631 462-2952

BASIS OF PAY: HOURLY

REDACTED

REDACTED