| PJR | 020124 101000 | 0000200018 1 |

# Earnings Statement

ADP®

KELCO CONSTRUCTION INC
25 NEWTON PLACE
HAUPPAUGE, NEW YORK 11788

Period Beginning: 05 09 2021
Period Ending: 05 15 2021
Pay Date: 05 21 2021

REDACTED

**JOSE E CANALES**
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 43.4800 | 40.00 | 1,739.20 |
| Local1010Vac | | | 210.00 |
| Overtime | | | |

REDACTED

**Other Benefits and Information** | this period | total to date
Totl Hrs Worked | 40.00 |

**Important Notes**
COMPANY PH#:+1 631 462 2952

BASIS OF PAY: HOURLY

Checking1     -1,084.52

REDACTED

Your federal taxable wages this period are
$1,949.20

REDACTED