WFB  030017 200011        0000200008  1

# Earnings Statement



ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

Period Beginning: 05 09 2021
Period Ending:    05 15 2021
Pay Date:         05 21 2021

REDACTED

**JOSE E CANALES**
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Overtime | 42 0000 | 8 00 | 336 00 |
| Regular | | | |
| **Gross Pay** | | | **$336 00** |

REDACTED

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 8 00 | |

**Important Notes**
YOUR COMPANY PHONE IS 631 462-2952

BASIS OF PAY: HOURLY

REDACTED

REDACTED