PJR   000461 101033          0000400077  1

# Earnings   Statement



KELCO   CONSTRUCTION   INC
25 NEWTON   PLACE
HAUPPAUGE,   NEW   YORK   11788

Period  Beginning:          09 26 2021
Period  Ending:              10 02 2021
Pay  Date:                      10 08 2021

REDACTED

**JOSE  I  FLORES**

REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 51 6300 | 40 00 | 2 065 20 |
| Overtime | 77 4450 | 1 00 | 77 45 |
| **Gross Pay** | | | **$2 142 65** |

REDACTED

| Other Benefits  and Information | this period | total  to date |
|---|---|---|
| Totl  Hrs  Worked | 41  00 | |

**Important  Notes**

COMPANY   PH#:+1  631  462  2952

BASIS  OF PAY: HOURLY

REDACTED

REDACTED