| WFB 000142 200333    0000400031  1 | **Earnings Statement** | ADP® |

*ELM GENERAL CONSTRUCTION CORP*
*373 SMITHTOWN BYPASS SUITE 256*
*HAUPPAUGE, NY 11788*

Period Beginning: 09 26 2021
Period Ending: 10 02 2021
Pay Date: 10 08 2021

REDACTED

**JOSE I FLORES**
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Drive Time | 20 0000 | 15 00 | 300 00 |
| Regular | | | |
| Overtime | | | |

REDACTED

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 15 00 | |

**Important Notes**
YOUR COMPANY PHONE IS 631 462-2952

BASIS OF PAY: HOURLY

REDACTED

REDACTED