PJR 000649 101000 0000470017 1

# Earnings Statement



KELCO CONSTRUCTION INC
25 NEWTON PLACE
HAUPPAUGE, NEW YORK 11788

Period Beginning: 11 14 2021
Period Ending: 11 20 2021
Pay Date: 11 26 2021

REDACTED

NARCISO ALVARENGA RAMIREZ
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 43 9800 | 40 00 | 1 759 20 |
| Overtime | 65 9700 | 2 00 | 131 94 |
| Local1010Vac | | | 252 00 |

REDACTED

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 42 00 | |

**Important Notes**
COMPANY PH#:+1 631 462 2952

BASIS OF PAY: HOURLY

Checking1        -1 311.86

REDACTED

Your federal taxable wages this period are
$2 143.14

REDACTED