| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| WFB | 030058 | 200000 | | 0021778487  1 | |

# Earnings Statement



ELM GENERAL CONSTRUCTION CORP
373 SMITHTOWN BYPASS SUITE 256
HAUPPAUGE, NY 11788

Period Beginning:  11 14 2021
Period Ending:     11 20 2021
Pay Date:          11 26 2021

REDACTED

NARCISO ALVARENGA RAMIREZ
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Drive Time | 18 0000 | 3 00 | 60 00 |
| **Gross Pay** | | | **$60 00** |

REDACTED

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 3 00 | |

**Important Notes**
YOUR COMPANY PHONE IS 631 462-2952

BASIS OF PAY: HOURLY

REDACTED

REDACTED