| PJR 000659 101000 | 0000080037 1 | **Earnings Statement** |  |

KELCO CONSTRUCTION INC
25 NEWTON PLACE
HAUPPAUGE, NEW YORK 11788

Period Beginning: 02 13 2022
Period Ending: 02 19 2022
Pay Date: 02 25 2022

REDACTED

NOEL NARVAEZ
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | 48 4500 | 40 00 | 1 938 00 |
| Local1010Vac | | | 240 00 |
| **Gross Pay** | | | **$2 178 00** |

REDACTED

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 40 00 | |

**Important Notes**
COMPANY PH#:+1 631 462 2952

BASIS OF PAY: HOURLY

Net Check            $0.00
REDACTED

$2 178.00

REDACTED