WFB  030007 200333         0000080023  1

# Earnings Statement



| | |
|---|---|
| ELM GENERAL CONSTRUCTION CORP | Period Beginning: 02 13 2022 |
| 34 EAST MAIN STREET | Period Ending: 02 19 2022 |
| SMITHTOWN, NEW YORK 11787 | Pay Date: 02 25 2022 |

REDACTED

NOEL NARVAEZ
REDACTED

REDACTED

| Earnings | rate | hours | this period |
|---|---|---|---|
| Drive Time Regular | 18 0000 | 15 00 | 300 00 |
| **Gross Pay** | | | **$300 00** |

REDACTED

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 15 00 | |

**Important Notes**

COMPANY PH#:+1 973 647 0129

BASIS OF PAY: HOURLY

REDACTED

REDACTED