UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Alvarez Chicas et al.,

                    Plaintiffs,

-against-

Kelco Construction, Inc. et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2023

1:21-cv-09014 (PAE) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

On January 20, 2023, Defendants filed a Motion to Dismiss. (1/20/23 Not. of Motion, ECF No. 69.) On January 24, 2023, Plaintiffs filed a letter requesting direction regarding whether Section 3(B) of Judge Engelmayer's Individual Rule applied to the January 20, 2023 Motion. (ECF No. 73.) On January 25, 2023, this Court directed Plaintiffs to seek leave to amend in opposition to the January 20, 2023 Motion, if Defendants did not consent to amending Plaintiffs' Second Amended Complaint. (ECF No. 74.)

On February 8, 2023, the parties submitted a joint letter requesting, in relevant part, to extend Plaintiffs' deadline to file Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint. (ECF No. 97.) On February 9, 2023, this Court granted the parties' request to extend Plaintiffs' deadline to file Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint, setting the deadline as February 20, 2023. (ECF No. 98.) Plaintiffs have not yet filed any opposition to the pending motion.

No later than Monday, March 20, 2023, Plaintiffs shall file a letter, advising the Court whether they intend to assert any opposition and the reason for their delay.

**SO ORDERED.**

Dated: New York, New York
March 16, 2023

_____
STEWART D. AARON
United States Magistrate Judge