

**MOSER LAW FIRM, PC**

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

March 23, 2023

**VIA ECF**

Hon. Stewart D. Aaron, USMJ
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Alvarez v Kelco Landscaping, Inc et al,* Case No. 21-cv-09014-PAE-SDA

Dear Judge Aaron:

    I write to respond to the Court's Order of March 16, 2023 which, due to my error, was not seen until today, March 23, 2023. I have been out of the office intermittently since March 16, 2023. I am presently out of state and scheduled to return to New York on March 28, 2023. I have not had regular access to email and text message in my present location and apologize for not responding sooner.

    Today, as my email updated, I note that the Defendants consented to the filing of a further proposed amended pleading on March 22, 2023. I respectfully request leave to file said pleading with the Defendants' consent on or before March 25, 2023.

                                                       Respectfully Submitted,

                                                       *Steven J. Moser*
                                                       Steven J. Moser

CC:    All counsel of record via ECF