## CONSENT TO JOIN LAWSUIT

1. I consent to be a party plaintiff in the lawsuit *ALVAREZ, ET AL. V. KELCO CONSTRUCTION, INC. ET AL.*, U.S. District Court, Southern District of New York, Civil Action No. -CV-9014 in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I hereby designate Plaintiffs CARLOS ALVAREZ CHICAS, ALONSO VILLATORO, MISAEL ALEXANDER MARTINEZ CASTRO, ANGEL MARTINEZ, EDWIN ULLOA MOREIRA and MATEO UMAÑA and their counsel, the Moser Law Firm, P.C. ("the Firm") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firm will petition the Court for reasonable attorneys' fees and expenses should this case settle or a money judgment is received and will receive a proportion of any such gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

X *Alet-Manzanares*
Signature

| Name, address and contact information: | If any of the information to the left is incorrect, please complete this section: |
|---|---|
| Name: **Alex Manzanares** | Name (Corrected) |
| | |

Mail to:  MOSER LAW FIRM, P.C.
PO Box 710
Huntington, NY 11743
Attn: *Alvarez et al. v. Kelco Construction, Inc. et al.*

5
MailID: 90

## CONSENTIMIENTO PARA UNIRME A LA DEMANDA

1. Yo concedo a ser un demandante en la demanda judicial *ALVAREZ, ET AL. V. KELCO CONSTRUCTION, INC. ET AL.*, Tribunal del Distrito de los Estados Unidos, Distrito Sur de Nueva York, Acción Civil No. -CV-9014 para buscar reparación por violaciones de las Leyes de Normas Justas de Trabajo, de acuerdo con 29 U.S.C. § 216(b).

2. Al firmar y devolver este documento de consentimiento, estoy designando a los Demandantes CARLOS ALVAREZ CHICAS, ALONSO VILLATORO, MISAEL ALEXANDER MARTINEZ CASTRO, ANGEL MARTINEZ, EDWIN ULLOA MOREIRA y MATEO UMAÑA y a sus abogados, El Moser Law Firm, P.C. a que me representen y tomen decisiones en mi nombre en relación con la litigación y acuerdo. Yo entiendo que costos razonables gastados para mi beneficio serán deducidos de cualquier acuerdo o cantidad de un dictamen monetario en una base proporcional entre todos los otros Demandantes. Yo entiendo que el Abogado le pedirá a el Tribunal por costos y Honorarios razonables en el caso de que se llegue a un acuerdo o se reciba un dictamen monetario y él recibirá un porcentaje de la liquidación bruta o cantidad del dictamen monetario. Yo acepto los términos y condiciones que el Tribunal adjudique en este caso, ya sea favorable o desfavorable.

X *Alet Manzanares*
Signature

| Nombre, dirección e información de contacto: | Si alguna de la información a la izquierda es incorrecta, por favor complete esta sección: |
|---|---|
| Nombre: **Alex Manzanares** | Nombre (corregido) |
|  |  |

Mandar por correo a: MOSER LAW FIRM, P.C.
PO Box 710
Huntington, NY 11743
Attn: *Alvarez et al. v. Kelco Construction, Inc. et al*

5
MailID: 90

Moser Law Firm, PC
PO Box 710
Huntington, NY 11743
RE: Alvarez, et al. v. Kelco Construction, Inc., et al.

