## CONSENTIMIENTO PARA UNIRME A LA DEMANDA

1. Yo concedo a ser un demandante en la demanda judicial *ALVAREZ, ET AL. V. KELCO CONSTRUCTION, INC. ET AL.,* Tribunal del Distrito de los Estados Unidos, Distrito Sur de Nueva York, Acción Civil No. -CV-9014 para buscar reparación por violaciones de las Leyes de Normas Justas de Trabajo, de acuerdo con 29 U.S.C. § 216(b).

2. Al firmar y devolver este documento de consentimiento, estoy designando a los Demandantes CARLOS ALVAREZ CHICAS, ALONSO VILLATORO, MISAEL ALEXANDER MARTINEZ CASTRO, ANGEL MARTINEZ, EDWIN ULLOA MOREIRA y MATEO UMAÑA y a sus abogados, El Moser Law Firm, P.C. a que me representen y tomen decisiones en mi nombre en relación con la litigación y acuerdo. Yo entiendo que costos razonables gastados para mi beneficio serán deducidos de cualquier acuerdo o cantidad de un dictamen monetario en una base proporcional entre todos los otros Demandantes. Yo entiendo que el Abogado le pedirá a el Tribunal por costos y Honorarios razonables en el caso de que se llegue a un acuerdo o se reciba un dictamen monetario y él recibirá un porcentaje de la liquidación bruta o cantidad del dictamen monetario. Yo acepto los términos y condiciones que el Tribunal adjudique en este caso, ya sea favorable o desfavorable.

X _____
Signature

| Nombre, dirección e información de contacto: | Si alguna de la información a la izquierda es incorrecta, por favor complete esta sección: |
|---|---|
| Nombre:   **Irbin Hernandez Gomez** | Nombre (corregido) |

Mandar por correo a:  MOSER LAW FIRM, P.C.
PO Box 710
Huntington, NY  11743
Attn: *Alvarez et al. v. Kelco Construction, Inc. et al*

5
MailID: 65

MailID: 65

MID-ISLAND NY  117

27 MAR 2023  PM 2  L

Moser Law Firm, PC
PO Box 710
Huntington, NY  11743
RE: Alvarez, et al. v. Kelco Construction,
Inc., et al.