UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__04/11/2023__
```

Carlos Alvarez Chicas et al.,

                          Plaintiffs,

           -against-

Kelco Construction, Inc. et al.,

                          Defendants.

1:21-cv-09014 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, for the reasons stated on the record, it is hereby ORDERED as follows:

1.  No later than Friday, June 9, 2023, Defendants shall appear, move or otherwise respond to Plaintiffs' Third Amended Class and Collective Action Complaint.

2.  No later than Tuesday, August 29, 2023, depositions shall be completed.

3.  No later than Friday, September 29, 2023, fact discovery shall be completed.

4.  No later than Tuesday, November 28, 2023, expert discovery shall be completed.

5.  The foregoing discovery deadlines may be extended only for good cause shown.

The Clerk of Court is respectfully requested to terminate the gavels at ECF Nos. 122 and 126.

**SO ORDERED.**

Dated:      New York, New York
            April 11, 2023

_____
STEWART D. AARON
United States Magistrate Judge