## CONSENT TO JOIN LAWSUIT

1. I consent to be a party plaintiff in the lawsuit *ALVAREZ, ET AL. V. KELCO CONSTRUCTION, INC. ET AL.,* U.S. District Court, Southern District of New York, Civil Action No. -CV-9014 in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I hereby designate Plaintiffs CARLOS ALVAREZ CHICAS, ALONSO VILLATORO, MISAEL ALEXANDER MARTINEZ CASTRO, ANGEL MARTINEZ, EDWIN ULLOA MOREIRA and MATEO UMAÑA and their counsel, the Moser Law Firm, P.C. ("the Firm") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firm will petition the Court for reasonable attorneys' fees and expenses should this case settle or a money judgment is received and will receive a proportion of any such gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

X  _____[signature]_____
   Signature

| Name, address and contact information: | If any of the information to the left is incorrect, please complete this section: |
|---|---|
| Name: **Dmitri F Fils-Aime** | Name (Corrected) |

Mail to:   MOSER LAW FIRM, P.C.
           PO Box 710
           Huntington, NY  11743
           Attn: *Alvarez et al. v. Kelco Construction, Inc. et al.*

13 APR 2023 PM 12 L

Moser Law Firm, PC
PO Box 710
Huntington, NY 11743
RE: Alvarez, et al. v. Kelco Construction, Inc., et al.

11743-071010