# GRAE & GRAE LLC

The Law Firm                                                                                                www.graelaw.com

**Charles D. Mueller**
Associate
The Equitable Building
120 Broadway
28th Floor
New York, NY 10271
Tele: (212) 221-8763
cmueller@graelaw.com

May 16, 2023

**VIA ECF**
The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

  **Re**: **Alvarez Chicas et al. v. Kelco Construction, Inc. et al.**
     **Civil Action No.: 1:21-cv-09014-PAE-SDA**;
     *Defendants Kelco Construction, Inc.'s, E.L.M. General Construction Corp.'s, Kelco Landscaping, Inc.'s, John Kelly's, and Joseph Provenzano's Request for an Extension of Time to Respond to Plaintiffs' Letter Motion for a Conference.*

Dear Judge Aaron:

  The undersigned's law offices are counsel for Defendants Kelco Construction, Inc., E.L.M. General Construction Corp., Kelco Landscaping, Inc., John Kelly, and Joseph Provenzano (collectively, the "Defendants") in connection with the above-referenced action. We write, in accordance with Rules I.A., I.D., and II.B.1. of Your Honor's Individual Practices (the "Individual Practices"), to respectfully request a short extension to the deadline for Defendants' response to Plaintiffs' letter motion for a discovery conference (the "Letter Motion"), of five (5) days, from May 17, 2023, to and through May 22, 2023.

  As and for good cause for the relief requested herein, the attorney with our offices responsible for this matter, Previn Waran, is currently out of the country on personal leave, and will not be returning to the office until Thursday, May 18, 2023. Upon his return, Mr. Waran intends on immediately turning to this matter. Additionally, given the breadth of matters raised by Plaintiffs in their Letter Motion, Mr. Waran will require time to confer with Defendants to formulate meaningful responses for the Court. Further, the undersigned would respectfully note that, apart from the issues concerning the ride sharing and the

furnishing of Defendants' employees' telephone numbers, no request to meet and confer, in accordance with Rule II.A. of Your Honor's Individual Practices, was received from Plaintiffs' counsel.

Accordingly, Defendants respectfully request that the Court extend the current May 17, 2023, deadline by which Defendants are to respond to Plaintiffs' Letter Motion to and through May 22, 2023.

The undersigned hereby affirms, in accordance with Rule I.D. of Your Honor's Individual Practices, that, prior to his filing of the instant letter response and motion, he duly conferred with Plaintiffs' counsel with respect to the herein request, who opposes Defendants' request for an extension of time.

Finally, no prior application for the relief requested herein has been made by Defendants.

On behalf of Defendants, the undersigned thanks the Court for its time and consideration with respect to these matters and the relief requested herein.

Respectfully submitted,

Charles D. Mueller, Esq.

cc:   All counsel of record (*via ECF*).