# EXHIBIT A



ALEX MANZANARES

I WANT TO WITHDRAW FROM THE ALVAREZ V. KELCO LAWSUIT. I JOINED THE LAWSUIT BY MISTAKE

YO ME QUIERO SACAR DE LA DEMANDA ALVAREZ V. KELCO. FIRME Y MANDE EL CONSENTIMIENTO ERA ERROR MIO.

5/6/2023

Alex A. Manzanares