# EXHIBIT B

**Jimmy Hernandez**    6:12 p.m.
Para: legalsupport2@moserlawfir... >

## Lawsuit dropout

This is Yime Hernandez, I wanted to inform you that I am dropping out of this lawsuit, and I do not want you representing me, thank you.
Enviado desde mi iPhone






Nuevo mensaje