

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 6, 2023

**VIA ECF**

Hon. Stewart D. Aaron, USMJ
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:   *Alvarez v Kelco Landscaping, Inc et al,* Case No. 21-cv-09014-PAE-SDA

Dear Judge Aaron:

     I write on behalf of the Opt-In Plaintiffs Yime Hernandez a/k/a Jimmy Hernandez and Alex Manzanarez.

     As pointed out by the Defendants on May 23, 2023, an email from Jimmy Hernandez has advised us that he is "dropping out of the lawsuit". *See* ECF No. 148-2. Furthermore, Alex Manzanarez indicated that he wants to "withdraw from the Alvarez v. Kelco lawsuit." *See* ECF No. 148-1. Therefore, I respectfully request that the consent forms of Yime Hernandez a/k/a Jimmy Hernandez (ECF No. 125) and Alex Manzanarez (ECF No. 118) be withdrawn.

                           Respectfully submitted,

                           *Steven J. Moser*

                           Steven J. Moser

CC:   Yime Hernandez
        48 Nostrand Avenue
        Brentwood, NY 11717

        Alex Manzanarez
        66 Laurie Road
        Brentwood, NY 11717

**CERTIFICATE OF SERVICE**

I, Shirley Navarro-Losito, hereby certify under the penalty of perjury that on July 6, 2023 I send a copy of this letter via first class mail to Yime Hernandez and Alex Manzanarez at their addresses of record listed above.

Dated: July 6, 2023

                                             *[signature]*
                                       ID RAaf4AqrmuvAME3UrTNbA7uL

                                         Shirley Navarro-Losito

## eSignature Details

**Signer ID:**       **RAaf4AqrmuvAME3UrTNbA7uL**
Signed by:           Shirley Navarro-Losito
Sent to email:       shirleylosito@moserlawfirm.com
IP Address:          173.52.37.110
Signed at:           Jul 6 2023, 11:43 am EDT