UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Alvarez Chicas et al.,

                Plaintiffs,

-against-

Kelco Construction, Inc. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/06/2023

1:21-cv-09014 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The deadline to respond to Defendants' partial motion to dismiss (ECF No. 149) is past due. If Plaintiffs do not file an opposition to the motion by Thursday, July 13, 2023, the Court will consider the motion as unopposed.

**SO ORDERED.**

Dated:    New York, New York
            July 6, 2023

_____
STEWART D. AARON
United States Magistrate Judge