# Certified Payroll Report

Start Date:
End Date:
Payroll#:

**Company:** Kelco Construction Inc
40 Ausitn Blvd
Commack NY 11725

**Project:** HRP Seg. 3
Pier 40 @ West Houston St.
2nd Floor
New York NY 10014

---

Chk: 7707      Chk Date: 04/24/2008      From: 04/17/2008      To: 04/23/2008      Fed Allow: 2      State Allow: 2

| | Med/FICA | FedWh | State | SDI | Other |
|---|---|---|---|---|---|
| | 106.77 | 234.94 | 76.14 | 0.00 | 50.00 |
| | Wages | Add Ons | | Deduct | Net |
| | 1,395.60 | 0.00 | | 467.85 | 927.75 |

Heritage: Hispanic/Latino (any race)      Gender: Male

| | | | [----------- Wages -----------] | | | [---------------------------- Benefits ----------------------------] | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Trade** | **Type** | **Hours** | **Rate** | **Base** | **Vacation** | **Pension** | **Health** | **Other** |
| 04/17/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/18/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/21/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/22/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/23/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| | This Job: | | 40.00 | | 1,395.60 | | | | |

Chk Date: 04/24/2008      From: 04/17/2008      To: 04/23/2008      Fed Allow: 1      State Allow: 1

| | Med/FICA | FedWh | State | SDI | Other |
|---|---|---|---|---|---|
| | 106.77 | 251.77 | 77.46 | 0.00 | 49.90 |
| | Wages | Add Ons | | Deduct | Net |
| | 1,395.60 | 0.00 | | 485.90 | 909.70 |

Heritage: Two or more races      Gender: Male

| | | | [----------- Wages -----------] | | | [---------------------------- Benefits ----------------------------] | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Trade** | **Type** | **Hours** | **Rate** | **Base** | **Vacation** | **Pension** | **Health** | **Other** |
| 04/17/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/18/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/22/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/23/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| | This Job: | | 32.00 | | 1,116.48 | | | | |

Chk: 7738      Chk Date: 05/01/2008      From: 04/24/2008      To: 04/30/2008      Fed Allow: 1      State Allow: 1

| | Med/FICA | FedWh | State | SDI | Other |
|---|---|---|---|---|---|
| | 85.41 | 181.99 | 58.34 | 0.00 | 42.00 |
| | Wages | Add Ons | | Deduct | Net |
| | 1,116.48 | 0.00 | | 367.74 | 748.74 |

Heritage: Hispanic/Latino (any race)      Gender: Male

| | | | [----------- Wages -----------] | | | [---------------------------- Benefits ----------------------------] | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Trade** | **Type** | **Hours** | **Rate** | **Base** | **Vacation** | **Pension** | **Health** | **Other** |
| 04/29/2008 | Laborer-Local 73 | Reg | 4.00 | 34.8900 | 139.56 | | | | |
| | This Job: | | 4.00 | | 139.56 | | | | |

# Certified Payroll Report

Start Date:
End Date:
Payroll#:

**Company:** Kelco Construction, Inc.
40 Ausitn Blvd
Commack NY 11725

**Project:** American Museum of Natural His
200 Central Park West @ 79th S
New York NY 10024

| | | /24/2009 | From: | 07/16/2009 | To: | 07/22/2009 | Fed Allow: 1 | State Allow: 1 |
|---|---|---|---|---|---|---|---|---|

|  | Med/FICA | FedWh | State | SDI | Other |
|---|---|---|---|---|---|
|  | 98.10 | 209.63 | 69.70 | 0.00 | 45.00 |
|  | Wages | Add Ons | | Deduct | Net |
|  | 1,282.40 | 0.00 | | 422.43 | 859.97 |

Heritage: Two or more races    Gender: Male

| Date | Trade | Type | Hours | Rate | Base | Vacation | Pension | Health | Other |
|---|---|---|---|---|---|---|---|---|---|
| 07/17/2009 | Laborer-Local 73 | Reg | 8.00 | 36.6400 | 293.12 | | | | |
| 07/20/2009 | Laborer-Local 73 | Reg | 8.00 | 36.6400 | 293.12 | | | | |
| | This Job: | | 16.00 | | 586.24 | | | | |

Chk: 9375    Chk Date: 07/24/2009    From: 07/16/2009    To: 07/22/2009    Fed Allow: 1    State Allow: 1

|  | Med/FICA | FedWh | State | SDI | Other |
|---|---|---|---|---|---|
|  | 95.30 | 122.54 | 66.54 | 0.00 | 44.00 |
|  | Wages | Add Ons | | Deduct | Net |
|  | 1,245.76 | 0.00 | | 328.38 | 917.38 |

Heritage: Two or more races    Gender: Male

| Date | Trade | Type | Hours | Rate | Base | Vacation | Pension | Health | Other |
|---|---|---|---|---|---|---|---|---|---|
| 07/16/2009 | Laborer-Local 73 | Reg | 8.00 | 36.6400 | 293.12 | | | | |
| 07/17/2009 | Laborer-Local 73 | Reg | 8.00 | 36.6400 | 293.12 | | | | |
| | This Job: | | 16.00 | | 586.24 | | | | |

Chk: 9377    Chk Date: 07/24/2009    From: 07/16/2009    To: 07/22/2009    Fed Allow: 1    State Allow: 1

|  | Med/FICA | FedWh | State | SDI | Other |
|---|---|---|---|---|---|
|  | 122.43 | 183.27 | 90.83 | 0.00 | 134.80 |
|  | Wages | Add Ons | | Deduct | Net |
|  | 1,465.60 | 134.80 | | 531.33 | 1,069.07 |

Heritage: Two or more races    Gender: Male

| Date | Trade | Type | Hours | Rate | Base | Vacation | Pension | Health | Other |
|---|---|---|---|---|---|---|---|---|---|
| 07/16/2009 | Local 282 - Drive | Reg | 8.00 | 36.6400 | 293.12 | 26.96 | | | |
| | This Job: | | 8.00 | | 293.12 | 26.96 | | | |

# Certified Payroll Report

Start Date:
End Date:
Payroll#:

**Company:** Kelco Construction, Inc.
40 Ausitn Blvd
Commack NY 11725

**Project:** Central Park 12-10 Sod Install
14 East 60th Street
8th Floor
New York NY 10022

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ate: 12/23/2011 | From: 12/15/2011 | To: 12/21/2011 | | Fed Allow: 1 | State Allow: 1 | | | |
| | Med/FICA 17.27 | FedWh 20.94 | State 6.09 | SDI 0.00 | Other 8.00 | | | |
| | Wages 305.60 | Add Ons 0.00 | Deduct 52.30 | Net 253.30 | | | | |
| Heritage: Two or more races | | Gender: Male | | | | | | |

| | | [------------ Wages ------------] | | | [---------------------------------- Benefits ----------------------------------] | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Trade** | **Type** | **Hours** | **Rate** | **Base** | **Vacation** | **Pension** | **Health** | **Other** |
| 12/15/2011 | Local 731 Labor | Reg | 8.00 | 38.2000 | 305.60 | | 242.16 | | |
| | | This Job: | 8.00 | | 305.60 | | 242.16 | | |

| Chk: 5201 | Chk Date: 12/23/2011 | From: 12/15/2011 | To: 12/21/2011 | | Fed Allow: 0 | State Allow: 0 | | | |
|---|---|---|---|---|---|---|---|---|
| | Med/FICA 17.27 | FedWh 15.37 | State 6.51 | SDI 0.00 | Other 8.60 | | | |
| | Wages 305.60 | Add Ons 0.00 | Deduct 47.75 | Net 257.85 | | | | |
| Heritage: Hispanic/Latino (any race) | | Gender: Male | | | | | | |

| | | [------------ Wages ------------] | | | [---------------------------------- Benefits ----------------------------------] | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Trade** | **Type** | **Hours** | **Rate** | **Base** | **Vacation** | **Pension** | **Health** | **Other** |
| 12/15/2011 | Local 731 Labor | Reg | 8.00 | 38.2000 | 305.60 | | 242.16 | | |
| | | This Job: | 8.00 | | 305.60 | | 242.16 | | |

| Chk: 5202 | Chk Date: 12/23/2011 | From: 12/15/2011 | To: 12/21/2011 | | Fed Allow: 0 | State Allow: 0 | | | |
|---|---|---|---|---|---|---|---|---|
| | Med/FICA 28.06 | FedWh 60.26 | State 17.40 | SDI 0.00 | Other 13.60 | | | |
| | Wages 496.60 | Add Ons 0.00 | Deduct 119.32 | Net 377.28 | | | | |
| Heritage: Hispanic/Latino (any race) | | Gender: Male | | | | | | |

| | | [------------ Wages ------------] | | | [---------------------------------- Benefits ----------------------------------] | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Trade** | **Type** | **Hours** | **Rate** | **Base** | **Vacation** | **Pension** | **Health** | **Other** |
| 12/15/2011 | Local 731 Labor | Reg | 8.00 | 38.2000 | 305.60 | | 242.16 | | |
| | | This Job: | 8.00 | | 305.60 | | 242.16 | | |

# Certified Payroll Report

Start Date:
End Date:
Payroll#:

**Company:** Kelco Construction, Inc.
40 Ausitn Blvd
Commack NY 11725

**Project:** BBP GMP1 Landscape
334 Furman St.
Skanska Trailer
Brooklyn NY 11201



| | e: 11/20/2009 | From: 11/12/2009 | To: 11/18/2009 | Fed Allow: 1 | State Allow: 1 |
|---|---|---|---|---|---|

| | | Med/FICA | FedWh | State | SDI | Other |
|---|---|---|---|---|---|---|
| | | 89.69 | 182.15 | 62.17 | 0.00 | 42.00 |

| | Wages | Add Ons | Deduct | Net |
|---|---|---|---|---|
| | 1,172.48 | 0.00 | 376.01 | 796.47 |

Heritage:  Two or more races          Gender:  Male

| | [-------- Wages --------] | | | [------------------ Benefits ------------------] | | | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Base | Vacation | Pension | Health | Other |
| Reg | 8.00 | 36.6400 | 293.12 | | | | |
| | 8.00 | | 293.12 | | | | |

| This Job: | | 4,463.00 | 192,268.24 | 6,196.39 | | | |
|---|---|---|---|---|---|---|---|

# Certified Payroll Report

Start Date:
End Date:
Payroll#:

**Company:** Kelco Construction Inc
40 Ausitn Blvd
Commack NY 11725

**Project:** HRP Seg. 3
Pier 40 @ West Houston St.
2nd Floor
New York NY 10014

---

Chk: 7707        Chk Date: 04/24/2008        From: 04/17/2008        To: 04/23/2008        Fed Allow: 2        State Allow: 2

| | Med/FICA | FedWh | State | SDI | Other |
|---|---|---|---|---|---|
| | 106.77 | 234.94 | 76.14 | 0.00 | 50.00 |
| | Wages | Add Ons | | Deduct | Net |
| | 1,395.60 | 0.00 | | 467.85 | 927.75 |

Heritage: Hispanic/Latino (any race)        Gender: Male

| Date | Trade | Type | Hours | Rate | Base | Vacation | Pension | Health | Other |
|---|---|---|---|---|---|---|---|---|---|
| 04/17/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/18/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/21/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/22/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/23/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| | This Job: | | 40.00 | | 1,395.60 | | | | |

[redacted] 4/2008        From: 04/17/2008        To: 04/23/2008        Fed Allow: 1        State Allow: 1

| | Med/FICA | FedWh | State | SDI | Other |
|---|---|---|---|---|---|
| | 106.77 | 251.77 | 77.46 | 0.00 | 49.90 |
| | Wages | Add Ons | | Deduct | Net |
| | 1,395.60 | 0.00 | | 485.90 | 909.70 |

Heritage: Two or more races        Gender: Male

| Date | Trade | Type | Hours | Rate | Base | Vacation | Pension | Health | Other |
|---|---|---|---|---|---|---|---|---|---|
| 04/17/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/18/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/22/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| 04/23/2008 | Laborer-Local 73 | Reg | 8.00 | 34.8900 | 279.12 | | | | |
| | This Job: | | 32.00 | | 1,116.48 | | | | |

Chk: 7738        Chk Date: 05/01/2008        From: 04/24/2008        To: 04/30/2008        Fed Allow: 1        State Allow: 1

| | Med/FICA | FedWh | State | SDI | Other |
|---|---|---|---|---|---|
| | 85.41 | 181.99 | 58.34 | 0.00 | 42.00 |
| | Wages | Add Ons | | Deduct | Net |
| | 1,116.48 | 0.00 | | 367.74 | 748.74 |

Heritage: Hispanic/Latino (any race)        Gender: Male

| Date | Trade | Type | Hours | Rate | Base | Vacation | Pension | Health | Other |
|---|---|---|---|---|---|---|---|---|---|
| 04/29/2008 | Laborer-Local 73 | Reg | 4.00 | 34.8900 | 139.56 | | | | |
| | This Job: | | 4.00 | | 139.56 | | | | |