LANDLORD CONTRACTOR





ANGEL
MARTINEZ

KELCO CONSTRUCTI
LANDSCAPER

# Eagle Warehouse



## Misael Martinez

## Kelco

## Cauldwell Wingate

**LANDLORD CONTRACTOR**



**MISAEL MARTINEZ**

KELCO CONSTRUCTI

LANDSCAPER

CONSTRUCTION

DOS
UNHQ
0800-1700hrs.

Misael Martinez Castro
KELCO

19 June 2021

United Nations
Security and Safety
Service

Alexander Castro

Gardener Grower

Kelco Construction, Inc.

Start Date: 5/28/19



