99999 13480
Prev 16 03

56561-H
Issued 3/3/16

Steven Bellone
Suffolk County Executive

Frank Nardelli
Commissioner

# SUFFOLK COUNTY DEPARTMENT OF LABOR, LICENSING & CONSUMER AFFAIRS

P.O. Box 6100, Hauppauge, NY 11788-0099   (631) 853-4600   FAX (631) 853-4825

## APPLICATION FOR HOME IMPROVEMENT LICENSE

Please Print – Answer All Questions

APPLICANT'S NAME: LAST **Kelly**    FIRST **John**    M.I. **F.**

DATE OF BIRTH: ▓▓▓▓    SOCIAL SECURITY #: ▓▓▓▓

HOME STREET ADDRESS: ▓▓▓▓

TOWN: **St. James**    STATE: **NY**   ZIP: **11780**

HOME PHONE: ▓▓▓▓   EMAIL: **johnk@kelcoland.com**

CELL PHONE: ▓▓▓▓   FAX: **631 462-3524**

BUSINESS NAME(S): **Kelco Landscaping Inc**

BUSINESS STREET ADDRESS: **40 Austin Blvd, 2nd Floor**

TOWN: **Commack**    STATE: **NY**   ZIP: **11725**

BUSINESS PHONE: **631 462 2952**   FAX: **631 462-3524**

EMAIL: **Terri@kelcoland.com**

IMPORTANT! PLEASE NOTE THAT YOUR BUSINESS TELEPHONE NUMBER LISTED HERE WILL BE THE KEY NUMBER BY WHICH PEOPLE WILL BE ABLE TO SEARCH THE LABOR, LICENSING, & CONSUMER AFFAIRS WEBSITE TO DETERMINE WHETHER OR NOT YOU HAVE A VALID LICENSE. IT IS IMPERATIVE THAT YOU LIST THIS CORRECTLY AND THAT THIS BE THE NUMBER YOU USE ON YOUR BUSINESS CARDS, CONTRACTS, ADVERTISING, ETC.



Type Business

✓ Corporation    ___ Partnership    ___ Sole Proprietorship    ___ Other

1. Federal Tax ID No. ▓▓▓▓
2. Worker's Compensation No. **3152-W7675**
3. NYS Sales Tax Registration No. ▓▓▓▓

Do you subcontract your work? ___ Yes ✓ No   If yes, name & address of Subcontractor

_____

_____

Personal Reference (not related by blood or marriage)

Name: **Joseph Provenzano**    Tel: ▓▓▓▓

Address: ▓▓▓▓ **1174**

1. Each Home Improvement Business must be licensed. Each separate Business requires a separate license.
2. Licensed Home Improvement contractors do not need a salesperson's identification card.
3. Corporate Officers or partners other than applicants will require a salesperson's identification card.

**THIS IS AN APPLICATION: NOT A LICENSE**

312571 3/3/16
312072 2/24/16

-over-

Suffolk - H [handwritten, top left]

List all additional business names and addresses in which you are principal officer: including location of all branches and separate offices. If "None", write none.

| Business | Address | Principal type of work |
|---|---|---|
| Kelco Construction Inc | 40 Austin Blvd, Commack NY 11725 | Landscape Construction |

List President, Vice President, Secretary and Treasurer, principal officers or partners. Include present position. If you are the only owner, list yourself for all four (4) positions. If you own a Limited Liability Corporation (LLC) all officers must be listed. If "None", write none.

| Name | Address | Position in Firm |
|---|---|---|
| John Kelly | [redacted] St James NY 11780 | President |
| John Kelly | [redacted] St James NY 11780 | Vice President |
| John Kelly | [redacted] St James NY 11780 | Secretary-Treasurer |

List all previous business or subsidiaries in which you were a principal officer, all other associated officers and present status of the business (i.e. defunct, bankrupt, sold, etc.) If "None", write none.

| Business Name | Address | Associated Officers | Present Status |
|---|---|---|---|
| N/A | | | |

List name(s) of current employees, officers or partners wh[o worked for ot]her companies engaged in the Home Improvement field durin[g the last 5 years, list nam]e(s), address and dates of affiliation. Use additional sheets if ne[cessary].

N/A

[handwritten note across form: "I can't find our old license so I don't know the number or expiration date"]

Names and home addresses of all salespersons currently e[mploye]d in Suffolk County. If "None", write none.

None

Are you presently or have you ever been licensed in Suff[olk County?]
✓ Yes ___ No

If Yes, Where: SC Consumer Affairs License # _____ Type License Home Improvement

Expiration Date _____ If more than one, list _____

**Remit application fee of $200.00 (non-refundable) made payable to: Suffolk County Consumer Affairs**

Sec. 175.35-Offering a false instrument for filing in the first degree:

A person is guilty of offering a false instrument for filing in the first degree when, knowing that a written instrument contains a false statement or false information, and with intent to defraud the state or any political subdivision thereof, he offers or presents it to a public office or public servant with the knowledge or belief that it will be filed with, registered or recorded in or otherwise become a part of the records of such public office or public servant.

Offering a false instrument for filing in the first degree is a class E felony.
L. 1965, c. 1030

Signed [signature]    Date 2/16/16



Steven Bellone
Suffolk County Executive

Frank Nardelli
Commissioner

## SUFFOLK COUNTY DEPARTMENT OF LABOR, LICENSING & CONSUMER AFFAIRS

P.O. Box 6100, Hauppauge, NY 11788-0099   (631) 853-4600   FAX (631) 853-4825

STATE OF NEW YORK     )
COUNTY OF SUFFOLK   ) ss:                                                                              AFFIRMATION
(Name) __John Kelly_____
(Company Name) __Kelco Landscaping Inc_____

1. You must check either (A) or (B)

   ☐ (A) I affirm that there have never been any judgments filed against the above named individual applicant or firm.

   ☑ (B) I affirm that all judgments against me have been discharged, are being appealed, or being paid according to agreed scheduled payments with creditors and that there are no unsatisfied or unnegotiated judgments against either the above named individual applicant or firm.

2. I hereby acknowledge that I have been advised, and am fully aware, that Suffolk County Code Chapter 563 requires that any individual who negotiates or offers to negotiate a contract for the above named licensee with a consumer, or solicits or otherwise endeavors to procure a contract from a consumer on behalf of the above named licensee, whether or not such individual is an employee of the above named licensee, will first obtain an identification card from the Suffolk County Department of Labor, Licensing, & Consumer Affairs.

3. I certify that all contractors/sub-contractors will have in their possession a valid Suffolk County Occupational License as required by Suffolk County Code.

4. Briefly describe work to be performed:
   Note: This must match the "Description of Operations" on your certificate of insurance
   __Install plant material, sod, soil, seed__
   __Landscaping Services__

5. I understand that if I am a landscaper using fertilizers or pesticides, I must submit proof of NYS Department of Environmental Conservation Certificate.

6. I UNDERSTAND THAT A HOME IMPROVEMENT LICENSE DOES NOT ALLOW ME TO CONTRACT FOR HVAC WORK OTHER THAN DUCT WORK

   Individual's Name and Title __John Kelly__
   Company Name __Kelco Landscaping Inc__

**AFFIRMATION** (To be completed by Applicant): I AFFIRM UNDER PENALTIES OF THE PENAL LAW, THAT I PREPARED THIS APPLICATION AND THAT THE STATEMENTS CONTAINED HEREIN ARE, TO THE BEST OF MY KNOWLEDGE AND BELIEF, TRUE AND CORRECT AND THAT I HAVE NOT KNOWINGLY AND WILLFULLY MADE A FALSE STATEMENT OR GIVEN INFORMATION WHICH I KNOW TO BE FALSE IN CONNECTION HEREWITH.

**COMPLIANCE AFFIRMATION:** I understand the issuance of my license requires compliance with all laws applicable to my business. I understand that Title 8 USC 1324a makes the hiring of unauthorized aliens unlawful and imposes record keeping responsibilities if I am an employer. I am also obligated to pay taxes for employees I may have. I affirm I am now and have been in compliance with Title 8 USC 1324a and I have paid/will pay all required payroll tax payments for any employee including Social Security, Medicare and State and Federal unemployment taxes. I AFFIRM THAT THE STATEMENTS ON THIS LICENSE APPLICATION ARE TRUE.

Signed _____     Date __2/16/16__

over

Describe your work or business experience or knowledge of the trade that qualifies you for the license for which you are applying-be specific. Who did you work for? For how long? What were your duties? Have you attended any trade schools? If so, when?

30 years working in the landscaping industry. Started out on residential landscaping and built the company to a 40 million dollar/year business doing major landscape construction projects in NYC. I've worked for NYC Parks Dept, Battery Park City, Brooklyn Bridge Development Corp, Governors Island, Brooklyn Botanical Gardens, World Trade Center, USTA Tennis Center, Metropolitan Museum, Museum of Modern Art, Hudson River Park, United Nations, Central Park Conservancy, many, many high profile projects. Our services include installing plant material, large trees, sod, soil, any and all landscaping materials. We've built playgrounds, parks, ball fields, gardens and more. Extensive background in all aspects of landscape construction.

CA-L2 2/15