**THE STATE INSURANCE FUND**
199 Church St, New York, NY, 10007-1100

| Document Type: | Group No: | R.B. File No: |
|---|---|---|
| ENDORSEMENT | 469 | 000006808R |

ASSURED:   Z 2268 684-4

KELCO CONSTRUCTION, INC.
25 NEWTON PLACE
HAUPPAUGE NY 11788

GROUP MANAGER:   469

LOVELL SAFETY MGMT CO., LLC
110 WILLIAM STREET   12TH FLR
NEW YORK NY 10038

Policy No: Z 2268 684-4
Date: 05/02/2023
Document Number: 2203682

IT IS HEREBY UNDERSTOOD AND AGREED THAT, EFFECTIVE AS OF 12:01 A.M. 08/12/2020, COVERAGE UNDER THIS POLICY IS EXCLUDED FOR THE FOLLOWING LOCATION

   ONE COLUMBUS CIRCLE
   THE RELATED COMPANIES LP
   NEW YORK          NY 10023

THIS POLICY COVERS THE FOLLOWING LOCATION

   25 NEWTON PLACE                              23-7
   HAUPPAUGE   NY   11788

THIS POLICY COVERS THE FOLLOWING ENTITIES

   KELCO CONSTRUCTION, INC.             1 EFF:04/01/2013
   KELCO CONSTRUCTION INC D/B/A       1-4 EFF:04/10/2013
         BELCO PIPE RESTORATION
   KELCO LANDSCAPING, INC.            2-2 EFF:05/02/2016

(SEE REVERSE SIDE FOR CONDITIONS)

THE STATE INSURANCE FUND

Director, Insurance Fund Underwriting

ASSURED

**ENDORSEMENT**
FOR ATTACHMENT TO YOUR WORKERS' COMPENSATION INSURANCE POLICY AS NUMBERED ABOVE - (DP 205)

DP205V1 2/2001