

# KELCO

April 25, 2022

New York State Insurance Fund

199 Church Street

New York, New York 10007-1100

RE: Kelco Landscaping, Inc., Policy #G22686844

We respectfully request that you remove endorsement #89 Exclusion of Executive Officer effective today.

Sincerely,

John Kelly, President
Kelco Landscaping, Inc.

25 Newton Place • Hauppauge, NY 11788
Phone - 631-462-2952 • Fax - 631-462-3524