**EXHIBIT C**

**From:** Casey Rahn crahn@graelaw.com 
**Subject:** Re: Alvarez v Kelco - today's call
**Date:** December 20, 2023 at 5:27 PM
**To:** Previn Waran pwaran@graelaw.com
**Cc:** Steven Moser steven.moser@moserlawfirm.com, Mark Grae mgrae@graelaw.com

Steve,

As previously referenced in Previn's earlier correspondence today, enclosed, please find the Amended Notice of Deposition Upon Oral Examination for Mr. Umaña to take place at our offices on December 29, 2023. Should you have any questions, please do not hesitate to contact our offices.

Thanks,

**Casey J. Rahn | Senior Associate**
**GRAE & GRAE, LLC**
The Equitable Building
120 Broadway, 28th Floor
New York, NY 10271
(212) 221-8763
crahn@graelaw.com
www.graelaw.com

On Wed, Dec 20, 2023 at 12:57 PM Previn Waran <pwaran@graelaw.com> wrote:
> Steve,
>
> I have very limited availability in January, but do have *some* dates on which Defendants' depositions can be scheduled. I am about to go into a deposition, but can provide some prospective dates once I'm out of today's proceedings. As for Plaintiffs' depositions, I do not have the scheduling flexibility to grant any further adjournments of presently scheduled depositions, though Mr. Umaña's deposition has yet to be rescheduled following my adjournment of same as a courtesy to you. I am available on December 29, 2023, to take his deposition, and will serve an Amended Notice of Deposition Upon Oral Examination for Mr. Umaña for such date by EOD, today. Thank you.
>
> Best,
>
> **Previn A. Waran | Partner**
> **GRAE & GRAE LLC**
> The Equitable Building
> 120 Broadway, Fl. 28
> New York, New York 10271
> (212) 221-8763
> pwaran@graelaw.com
> www.graelaw.com
>
> _____
> \*\*\*CONFIDENTIALITY NOTICE\*\*\*
> This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.
> _____
> IRS Circular 230 disclosure:
> To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or applicable provisions of state and local tax law or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
>
>> On Dec 20, 2023, at 12:50 PM, Steven Moser <steven.moser@moserlawfirm.com> wrote:
>>
>> Previn
>>
>> This is to confirm that we will be asking the Court for leave to file a motion for a stay under seal based upon (1) personal/health issues and (2) the defendants' inquiries into alleged attorney misconduct. My understanding is that you are not available to produce the defendants for depositions in January due to scheduling conflicts, and cannot reschedule the depositions of the Plaintiffs due to such scheduling conflicts.
>>
>> 
>> **Steven J. Moser**
>> **Managing Attorney, Moser Law Firm, PC**



📞 [631.759.4054](#)

📱 [516.671.2776](#)

📍 [133C New York Avenue, Huntington, NY 11743](#)

⊙ PO Box 710, Huntington, NY 11743

🌐 [www.moserlawfirm.com](#)

✉ [steven.moser@moserlawfirm.com](#)

Chicas, re-23-12-20 - Amended Notice of Deposition (Mateo...