UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Alvarez Chicas et al.,

                Plaintiffs,

-against-

Kelco Construction, Inc. et al.,

                Defendants.

1:21-cv-09014 (JGLC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held today, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. No later than Friday, March 22, 2024, counsel for Plaintiffs shall produce to Defendants and file to the ECF docket signed copies of the engagement letters executed by each of the six named Plaintiffs: Carlos Alvarez Chicas, Alonso Villatoro, Misael Alexander Martinez Castro, Mateo Umana, Angel Martinez and Edwin Ulloa Moreira.

2. The parties shall cooperate with one another with respect to the scheduling and conducting of the depositions in this case.

SO ORDERED.

Dated:      New York, New York
              March 18, 2024

_____
STEWART D. AARON
United States Magistrate Judge