# GRAE & GRAE LLC

The Law Firm                                                        www.graelaw.com

**Previn A. Waran**
Partner
The Equitable Building
120 Broadway, Floor 28
New York, New York 10271
Tel. (212) 221-8763
E-mail: pwaran@graelaw.com

March 21, 2024

**VIA CM/ECF**
The Honorable Stewart D. Aaron, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

**Re**: **Alvarez Chicas et al. v. Kelco Construction, Inc. et al.** – 1:21-cv-09014-JGLC-SDA

Dear Judge Aaron:

       The undersigned's law offices are counsel to Defendants Kelco Construction, Inc., Kelco Landscaping, Inc., E.L.M. General Construction Corp., John Kelly, and Joseph Provenzano (collectively, the "Defendants") in connection with the above-referenced action.  We write, in accordance with Rule I.A. of Your Honor's Individual Practices, and the relevant directives contained in the Court's Order entered earlier today,  to advise the Court that Defendants do not oppose a stay of all discovery in this action pending the Court's adjudication of Attorney Moser's forthcoming motion to withdraw as Plaintiffs' counsel.  Moreover, while Defendants do not, as of this time, anticipate opposing the said motion upon its filing by Attorney Moser, in the event that they were to hereafter determine that it would be in their best interests to do so, Defendants will timely file any such opposition papers in accordance with the briefing scheduled set by the Court in Your Honor's Order of earlier today.

       Finally, and separate and apart from the foregoing, Defendants would respectfully request that, at minimum, Plaintiffs' counsel be required to either disclose the identity of his client that, per his letter motion, has "lost interest in the case and doesn't want to be involved any more[,]" or, alternatively, promptly undertake whatever steps may be necessary to allow him to withdraw from this action.  *See* ECF No. 183 at 2.  Indeed, to the extent that any of the Plaintiffs are so inclined, they must be allowed to do so, and Attorney Moser accordingly relieved of having to serve copies of his forthcoming motion, and the Court's Order at ECF No. 184, upon them.

       We thank the Court for its time and attention to these matters.

                                                         Respectfully submitted,

                                                         Previn A. Waran