USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Alvarez Chicas et al.,

                  Plaintiffs,

-against-

Kelco Construction, Inc. et al.,

                  Defendants.

1:21-cv-09014 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the Letter Motion by Plaintiffs' counsel Steven J. Moser to withdraw from representing all Plaintiffs in this action, pursuant to Local Civil Rule 1.4. (ECF Nos. 189/190.) Any of the Plaintiffs who opposes this Letter Motion shall deliver to Mr. Moser no later than Friday, April 19, 2024, a written opposition to such Letter Motion, stating the grounds for opposition. Mr. Moser shall file to the ECF docket any and all opposition papers he receives promptly thereafter, but no later than Monday, April 22, 2024. Defendants shall file any opposition to the Letter Motion no later than Friday, April 19, 2024. Any reply by Mr. Moser shall be filed no later than Wednesday, April 24, 2024.

Given Mr. Moser's representations to the Court regarding his conflicts of interest, the Court declines his request to hold a settlement conference prior to the Court's ruling on the motion to withdraw.

No later than March 29, 2024, Mr. Moser shall serve a copy of this Order (including a Spanish-language translation thereof) upon each of the Plaintiffs, along with a Spanish-language

translation of an unredacted copy of his Letter Motion, and shall file proof of service to the ECF docket.

**SO ORDERED.**

Dated:   New York, New York
         March 27, 2024

_____
STEWART D. AARON
United States Magistrate Judge

2