UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Alvarez Chicas, et al.,

                Plaintiffs,

-against-

Kelco Construction, Inc., et al.,

                Defendants.

1:21-cv-09014 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      A telephone conference was held in the above-captioned case today, at which *pro se* Plaintiffs Carlos Alvarez Chicas ("Plaintiff Chicas"), Alonso Villatoro ("Plaintiff Villatoro"), and counsel for Defendants appeared. Prior to the conference, Plaintiff Edwin Ulloa Moreira ("Plaintiff Moreira") advised Chambers by telephone, when Chambers contacted Plaintiff Moreira about the conference, that he wished to abandon his claims in this case.[1] Consequently, Plaintiff Moreira did not appear for the conference. Further, *pro se* Plaintiffs Misael Alexander Martinez Castro, Mateo Umana and Angel Martinez (the "Non-Appearing Plaintiffs") also did not appear for the conference.

      During the conference, a consensual resolution was reached by and between Defendants and Plaintiff Chicas and by and between Defendants and Plaintiff Villatoro with respect to the claims brought by those Plaintiffs.

---

[1] Plaintiff Moreira's statement to Chambers today was consistent with his prior statement to Attorney Moser that "he no was no longer interested in the case and did not want to be involved anymore." (*See* 4/26/24 Order, ECF No. 194; Pl.'s *Ex Parte* 3/26/24 Ltr., ECF No. 190.)

The Court separately shall issue an Order to Show Cause with respect to the Non-Appearing Plaintiffs, directing them to show cause why this case should not be dismissed as to them for failure to prosecute their claims.

**SO ORDERED.**

Dated:   New York, New York
          May 29, 2024

_____
STEWART D. AARON
United States Magistrate Judge