UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ALVAREZ CHICAS et al.,<br><br>                       Plaintiffs,<br><br>-against-<br><br>KELCO CONSTRUCTION, INC. et al.,<br><br>                       Defendants. | 21-CV-9014 (JGLC) (SDA)<br><br>**ORDER OF DISMISSAL WITH RESPECT TO PLAINTIFF EDWIN ULLOA MOREIRA** |

JESSICA G. L. CLARKE, United States District Judge:

       Having been advised at ECF No. 199 that Plaintiff Edwin Ulloa Moreira wishes to abandon his claims in this case, this action is hereby DISMISSED without prejudice with respect to Plaintiff Moreira pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: May 31, 2024
           New York, New York

                                                    SO ORDERED.

                                                    *Jessica Clarke*

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge