UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ALVAREZ CHICAS et al., <br><br>         Plaintiffs, <br><br> -against- <br><br> KELCO CONSTRUCTION, INC. et al., <br><br>         Defendants. | 21-CV-9014 (JGLC) (SDA) <br><br> **ORDER OF DISMISSAL WITH RESPECT TO PLAINTIFF MATEO UMANA** |

JESSICA G. L. CLARKE, United States District Judge:

Having been advised at ECF No. 203 that Plaintiff Mateo Umana wishes to abandon his claims in this case, this action is hereby DISMISSED without prejudice with respect to Plaintiff Umana pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated:  July 3, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge