UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ALVAREZ CHICAS et al.,<br><br>                      Plaintiffs,<br><br>-against-<br><br>KELCO CONSTRUCTION, INC. et al.,<br><br>                      Defendants. | 21-CV-9014 (JGLC) (SDA)<br><br>**ORDER OF DISMISSAL WITH RESPECT TO PLAINTFFS MISAEL ALEXANDER MARTINEZ CASTRO AND ANGEL MARTINEZ** |

JESSICA G. L. CLARKE, United States District Judge:

On July 11, 2024, Defendants filed a motion for to dismiss this action with prejudice as to the non-appearing Plaintiffs Misael Alexander Martinez Castro and Angel Martinez. *See* ECF Nos. 203 and 208.

On August 13, 2024, the Court ordered that Plaintiffs Misael Alexander Martinez Castro and Angel Martinez show cause no later than August 30, 2024 as to why an order should not be issued dismissing their claims for failure to prosecute. ECF No. 218. The Court warned that if they failed to respond by that date, their claims will be dismissed with prejudice. *Id*. They did not file anything by that deadline.

Accordingly, this action is hereby DISMISSED with prejudice with respect to Plaintiffs Misael Alexander Martinez Castro and Angel Martinez pursuant to Federal Rule of Civil Procedure 41(b).

       SO ORDERED.

Dated: September 3, 2024
       New York, New York

                                                                        *Jessica Clarke*
                                                  JESSICA G. L. CLARKE
                                                  United States District Judge