```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Alvarez Chicas and Alonso Villatoro,

                    Plaintiffs,

-against-

Kelco Construction, Inc., et al.,

                    Defendants.

1:21-cv-09014 (JGLC) (SDA)

ORDER SCHEDULING
TELEPHONE CONFERENCE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       Upon review of the letter filed by Defendants addressing communication difficulties, the parties, including the *pro se* Plaintiffs Carlos Alvarez Chicas and Alonso Villatoro ("Plaintiffs"), shall appear for a telephone conference on September 27, 2024, at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

       The deadline to file the *Cheeks* Submission by September 23, 2024, is adjourned *sine die*, which shall be rescheduled at the forthcoming conference.

       Counsel for Defendants shall translate a copy of this Order (or cause it to be translated by a certified translation service), serve both this Order and its translated version on Plaintiffs, call Plaintiffs and relay the contents of this Order (or leave a voicemail message indicating the same) and file proof of service to the ECF docket no later than September 16, 2024.

       Should Plaintiffs fail to appear at the conference and continue in their failure to cooperate in finalizing the settlement of their case, their claims may be dismissed without payment of any settlement amount to them.

**SO ORDERED.**

Dated:       New York, New York
               September 12, 2024

                                                            _____
                                                            STEWART D. AARON
                                                            United States Magistrate Judge